# United States Bankruptcy Court
## Northern District of West Virginia

In re **Augusta Apartments, LLC**          Case No. **10-303**
Debtor(s)          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allegheny Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606-0001 | Allegheny Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606-0001 | Trade Debt | Unliquidated | 14,000.00 |
| Allied Waste Services<br>PO Box 9001099<br>Louisville, KY 40290 | Allied Waste Services<br>PO Box 9001099<br>Louisville, KY 40290 | Trade Debt | Unliquidated | 1,272.41 |
| Badger and Sal<br>430 Spruce Street<br>Morgantown, WV 26505 | Badger and Sal<br>430 Spruce Street<br>Morgantown, WV 26505 | Trade Debt | Unliquidated | 1,882.50 |
| Bowles Rice McDavid Graff & Love<br>P.O. Box 1386<br>Charleston, WV 25325 | Bowles Rice McDavid Graff & Love<br>P.O. Box 1386<br>Charleston, WV 25325 | Trade Debt | Unliquidated | 30,000.00 |
| City of Morgantown<br>389 Spruce Street<br>Morgantown, WV 26505 | City of Morgantown<br>389 Spruce Street<br>Morgantown, WV 26505 | Fire Service Fees | Unliquidated | 21,272.38 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Trade Debt | Unliquidated | 5,892.43 |
| CTL Engineering<br>733 Fairmont Road<br>Morgantown, WV 26501 | CTL Engineering<br>733 Fairmont Road<br>Morgantown, WV 26501 | Trade Debt | | 3,661.00 |
| Internal Revenue Service<br>1206 Quarrier Street<br>Charleston, WV 25301 | Internal Revenue Service<br>1206 Quarrier Street<br>Charleston, WV 25301 | Employer Withholding Taxes | Unliquidated | 114,753.92 |
| Maid for Today<br>323 Rolling Hills Village<br>Morgantown, WV 26508 | Maid for Today<br>323 Rolling Hills Village<br>Morgantown, WV 26508 | Trade Debt | Unliquidated | 1,472.18 |
| Morgantown Area Chamber of Commerce<br>P.O. Box 658<br>Morgantown, WV 26507-0658 | Morgantown Area Chamber of Commerce<br>P.O. Box 658<br>Morgantown, WV 26507-0658 | Trade Debt | Unliquidated | 700.00 |
| Morgantown Septic Tank Service<br>P.O. Box 351<br>Granville, WV 26534 | Morgantown Septic Tank Service<br>P.O. Box 351<br>Granville, WV 26534 | Trade Debt | Unliquidated | 254.40 |

In re   **Augusta Apartments, LLC**                                  Case No.   **10-303**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mountaineer ChemDry<br>823 Bethel Road<br>Morgantown, WV 26501 | Mountaineer ChemDry<br>823 Bethel Road<br>Morgantown, WV 26501 | Trade Debt | Unliquidated | 258.64 |
| Nichole Taylor<br>221 Brown Street<br>Brownsville, PA 15417 | Nichole Taylor<br>221 Brown Street<br>Brownsville, PA 15417 | Trade Debt | Unliquidated | 575.00 |
| PA Department of Revenue<br>P.O. Box 280407<br>Harrisburg, PA 17218 | PA Department of Revenue<br>P.O. Box 280407<br>Harrisburg, PA 17218 | Employer Withholding Taxes | Unliquidated | 9,902.96 |
| PNC Bank<br>Successor to National City Bank<br>c/o Kimberly Luff Wakim<br>Thorp Reed & Armstong, LLC<br>Pittsburgh, PA 15219-1425 | PNC Bank<br>Successor to National City Bank<br>c/o Kimberly Luff Wakim<br>Pittsburgh, PA 15219-1425 | 49 Falling Run Road<br>Morgantown, WV 26505<br>(Apartment Building with 158 Residential Units and Parking Garage)<br>and Vacant Lot | Unliquidated | 20,800,000.00<br><br>(295,000.00 secured) |
| Rental Guide Magazine<br>309 John Street<br>Clarksburg, WV 26301 | Rental Guide Magazine<br>309 John Street<br>Clarksburg, WV 26301 | Trade Debt | Unliquidated | 4,560.00 |
| Secure US, Inc.<br>P.O. Box 424<br>Morgantown, WV 26507 | Secure US, Inc.<br>P.O. Box 424<br>Morgantown, WV 26507 | Trade Debt | Unliquidated | 887.90 |
| Spilman Thomas & Battle<br>300 Kanawha Boulevard, East<br>Charleston, WV 25321 | Spilman Thomas & Battle<br>300 Kanawha Boulevard, East<br>Charleston, WV 25321 | Trade Debt | Unliquidated | 28,403.20 |
| Tucker & Arensberg Attorneys<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Tucker & Arensberg Attorneys<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | Trade Debt | Unliquidated | 7,500.00 |
| WesBanco Bank Inc.<br>5680 N. Hamilton Road<br>Columbus, OH 43230 | WesBanco Bank Inc.<br>5680 N. Hamilton Road<br>Columbus, OH 43230 | Mobile Office/Bus | Unliquidated | 40,930.38<br><br>(20,000.00 secured) |

In re   **Augusta Apartments, LLC** _____     Case No.   **10-303** _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 5, 2010** _____     Signature   **/s/ Kristian E. Warner** _____
                                                    **Kristian E. Warner**
                                                    **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case 1:10-bk-00303   Doc 54   Filed 03/08/10   Entered 03/08/10 09:05:40   Desc Main
Document      Page 3 of 73

# United States Bankruptcy Court
## Northern District of West Virginia

In re    **Augusta Apartments, LLC**        Case No. _____ **10-303** _____

                         Debtor

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 29,500,000.00 | | |
| B - Personal Property | Yes | 3 | 582,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 27,353,430.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 124,656.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 122,946.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 30,082,500.00 | | |
| Total Liabilities | | | | 27,601,033.34 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re   **Augusta Apartments, LLC**
                           Debtor

Case No. ____**10-303**____

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Augusta Apartments, LLC**                                      Case No. ___**10-303**___
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **49 Falling Run Road Morgantown, WV 26505 (Apartment Building with 158 Residential units and Parking Garage)** | **Fee** | - | **29,000,000.00** | **0.00** |
| **Vacant Lots (Adjacent to Apartment Building; approximately 3/4 of an acre)** | **Fee** | - | **500,000.00** | **0.00** |
| | | Sub-Total > | **29,500,000.00** | (Total of this page) |
| | | Total > | **29,500,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property                     (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re     **Augusta Apartments, LLC**                            Case No.     **10-303**

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First United Bank Checking Account** | - | 18,000.00 |
| | | **PNC Bank Checking Account** | - | 1,000.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposits with utilities and vendors (gathering data as to amounts)** | - | Unknown |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **19,000.00**
(Total of this page)

<u>2</u>   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **Augusta Apartments, LLC**                               ,          Case No.    **10-303**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various Tenants** | - | 327,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Employee Loans (6,587.18 owed-believed to be uncollectible)** | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     327,000.00
(Total of this page)

Sheet   **1**   of     continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Augusta Apartments, LLC**        Case No. \_\_\_\_**10-303**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Mobile Office/Bus | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, Chairs, Phones, Computers, Printers, Fax, Copier, Supplies | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Snow Blower, Treadmills, Vending Games, TV's | - | 15,000.00 |
| 30. Inventory. | | Apartment Furniture | - | 200,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    236,500.00
(Total of this page)
Total >    582,500.00

Sheet   **2**   of \_\_ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Augusta Apartments, LLC**                                    Case No. __10-303_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 2007 2nd Mortgage on 49 Falling Run Road Morgantown, WV 26505 (Apartment Building with 158 Residential Units and Parking Garage) and Vacant Lot | | | | | |
| **First United Bank & Trust** **P.O. Box 9** **Oakland, MD 21550-1517** | | | | | - | | | | | |
| | | | | | Value $            29,500,000.00 | | | | 4,200,000.00 | 0.00 |
| Account No. | | | | | 2009 Mechanics Lien on 49 Falling Run Road Morgantown, WV 26505 (Apartment Building with 158 Residential Units and Parking Garage) and Vacant Lot | | | | | |
| **Landau** **9855 Rinaman Road** **Wexford, PA 15090** | | | | | - | | | | | |
| | | | | | Value $            29,500,000.00 | | | | 2,000,000.00 | 0.00 |
| Account No. | | | | | 2007 1st Mortgage on 49 Falling Run Road Morgantown, WV 26505 (Apartment Building with 158 Residential Units and Parking Garage) and Vacant Lot | | | | | |
| **PNC Bank** **Successor to National City Bank** **c/o Kimberly Luff Wakim** **Thorp Reed & Armstong, LLC** **Pittsburgh, PA 15219-1425** | | | | | - | | X | | | |
| | | | | | Value $              295,000.00 | | | | 20,800,000.00 | 20,505,000.00 |
| Account No. | | | | | 2009 Tax Lien on 49 Falling Run Road Morgantown, WV 26505 (Apartment Building with 158 Residential Units and Parking Garage) and Vacant Lot | | | | | |
| **Sheriff of Monongalia County** **243 High Street** **Big Creek, WV 25505-5492** | | | | | - | | | | | |
| | | | | | Value $            29,500,000.00 | | | | 312,500.00 | 0.00 |
| **_1_**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 27,312,500.00 | 20,505,000.00 |

Case 1:10-bk-00303    Doc 54    Filed 03/08/10    Entered 03/08/10 09:05:40    Desc Main Document      Page 10 of 73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Augusta Apartments, LLC**                                Case No. _____**10-303**_____

_____,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **2008** | | | | | |
| **WesBanco Bank Inc.** **5680 N. Hamilton Road** **Columbus, OH 43230** | - | | | | **Security Interest in** **Mobile Office/Bus** | | | X | | |
| | | | | | Value $               **20,000.00** | | | | 40,930.38 | 20,930.38 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 40,930.38 | 20,930.38 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 27,953,430.38 | 20,525,930.38 |

Case 1:10-bk-00303    Doc 54    Filed 03/08/10    Entered 03/08/10 09:03:46    Desc Main
Document      Page 11 of 73

B6E (Official Form 6E) (12/07)

In re __Augusta Apartments, LLC__ ,                    Case No. ___10-303___
                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case 1:10-bk-00303  Doc 54  Filed 03/08/10  Entered 03/08/10 09:05:40  Desc Main
Document      Page 12 of 73

1 continuation sheets attached

In re   **Augusta Apartments, LLC**            Case No.   **10-303**

                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employer Withholding Taxes | | | | | |
| **Internal Revenue Service 1206 Quarrier Street Charleston, WV 25301** | - | | | | | X | 114,753.92 | 0.00 / 114,753.92 |
| Account No. | | | Employer Withholding Taxes | | | | | |
| **PA Department of Revenue P.O. Box 280407 Harrisburg, PA 17218** | - | | | | | X | 9,902.96 | 0.00 / 9,902.96 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **124,656.88**      0.00 / **124,656.88**

Total
(Report on Summary of Schedules)   **124,656.88**   0.00 / **124,656.88**

Case 1:10-bk-00303   Doc 54   Filed 03/08/10   Entered 03/08/10 09:05:40   Desc Main Document   Page 13 of 73

B6F (Official Form 6F) (12/07)

In re **Augusta Apartments, LLC**                                    Case No. **10-303**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allegheny Power**<br>**800 Cabin Hill Drive**<br>**Greensburg, PA 15606-0001** | - | | **2010**<br>**Trade Debt** | | X | | 14,000.00 |
| Account No.<br><br>**Allied Waste Services**<br>**PO Box 9001099**<br>**Louisville, KY 40290** | - | | **2010**<br>**Trade Debt** | | X | | 1,272.41 |
| Account No.<br><br>**Badger and Sal**<br>**430 Spruce Street**<br>**Morgantown, WV 26505** | - | | **2010**<br>**Trade Debt** | | X | | 1,882.50 |
| Account No.<br><br>**Bowles Rice McDavid Graff & Love**<br>**P.O. Box 1386**<br>**Charleston, WV 25325** | - | | **2007-2009**<br>**Trade Debt** | | X | | 30,000.00 |

| | | |
|---|---|---|
| __3__   continuation sheets attached | Subtotal<br>(Total of this page) | 47,154.91 |

Case 1:10-bk-00303    Doc 54    Filed 03/08/10    Entered 03/08/10 09:05:40    Desc Main
Document      Page 14 of 73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              S/N:20346-091120   Best Case Bankruptcy

In re    **Augusta Apartments, LLC**                                      , Case No.    **10-303**

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Fire Service Fees | | | | |
| City of Morgantown 389 Spruce Street Morgantown, WV 26505 | - | | | | X | | 21,272.38 |
| Account No. | | | 2010 Trade Debt | | | | |
| Comcast P.O. Box 3001 Southeastern, PA 19398-3001 | - | | | | X | | 5,892.43 |
| Account No. | | | 2008 Trade Debt | | | | |
| CTL Engineering 733 Fairmont Road Morgantown, WV 26501 | - | | | | | | 3,661.00 |
| Account No. | | | 2010 Trade Debt | | | | |
| Maid for Today 323 Rolling Hills Village Morgantown, WV 26508 | - | | | | X | | 1,472.18 |
| Account No. | | | 2010 Trade Debt | | | | |
| Maintenance USA P.O. Box 2317 Jacksonville, FL 32203-2317 | - | | | | X | | 82.68 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    32,380.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Augusta Apartments, LLC**                    Case No. \_\_\_\_\_**10-303**_____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Trade Debt | | | | |
| Morgantown Area Chamber of Commerce P.O. Box 658 Morgantown, WV 26507-0658 | - | | | | | X | | 700.00 |
| Account No. | | | | 2010 Trade Debt | | | | |
| Morgantown Printing and Binding 915 Greenbag Road Morgantown, WV 26508 | - | | | | | X | | 121.36 |
| Account No. | | | | 2010 Trade Debt | | | | |
| Morgantown Septic Tank Service P.O. Box 351 Granville, WV 26534 | - | | | | | X | | 254.40 |
| Account No. | | | | 2010 Trade Debt | | | | |
| Mountaineer ChemDry 823 Bethel Road Morgantown, WV 26501 | - | | | | | X | | 258.64 |
| Account No. | | | | 2010 Trade Debt | | | | |
| Nichole Taylor 221 Brown Street Brownsville, PA 15417 | - | | | | | X | | 575.00 |

Sheet no. \_\_**2**\_\_ of \_\_**3**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal (Total of this page)      **1,909.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Augusta Apartments, LLC**                                    Case No. __**10-303**__
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rental Guide Magazine<br>309 John Street<br>Clarksburg, WV 26301 | - | | 2008-2009<br>Trade Debt | | X | | 4,560.00 |
| Account No.<br><br>Secure US, Inc.<br>P.O. Box 424<br>Morgantown, WV 26507 | - | | 2010<br>Trade Debt | | X | | 887.90 |
| Account No.<br><br>Spilman Thomas & Battle<br>300 Kanawha Boulevard, East<br>Charleston, WV 25321 | - | | 2008-2009<br>Trade Debt | | X | | 28,403.20 |
| Account No.<br><br>Tucker & Arensberg Attorneys<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | - | | 2007-2008<br>Trade Debt | | X | | 7,500.00 |
| Account No.<br><br>West Virginia DEP<br>Division of Water and Waste Water<br>P.O. bBox 364<br>Charleston, WV 25322 | - | | 2010<br>Trade Debt | | X | | 150.00 |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 41,501.10 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 122,946.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Augusta Apartments, LLC**                                 Case No.    **10-303**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Various tenants at residential apartment building (See Rent Roll attached)** | **Various leases of residential apartment units** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Apartment | | First Name | Last Name | Vacant | # of BRs | Monthly Rental Rate | Monthly Concession | Monthly Rental Income |
|---|---|---|---|---|---|---|---|---|
| 49 | 201 | Jordan | Moran | | 1 | $955.00 | ($100.00) | $855.00 |
| 49 | 202 | Eric | Delgado | | 1 | $955.00 | ($40.00) | $915.00 |
| 49 | 203 | Josh | Szpyrka | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 203 | Emily | Szpyrka | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 204 | | | 1 | 1 | | | |
| 49 | 204 | | | 1 | 1 | | | |
| 49 | 205 | Jim | Shaffer | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 206 | Jacquelyn | Coles | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 206 | Melissa | Roeder | | 1 | $785.00 | $0.00 | $785.00 |
| 49 | 207 | Heather | Bennett | | 1 | $955.00 | $0.00 | $955.00 |
| 49 | 208 | Ken | Busz | | 2 | $1,570.00 | ($1,170.00) | $400.00 |
| 49 | 209 | David | Mann | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 209 | Logan | Ackman | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 210 | Olivia | Orr | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 210 | Haleigh | Cohen | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 211 | Carrie | Young | | 1 | $785.00 | ($200.00) | $585.00 |
| | | Michael | Klein | | | | | |
| 49 | 211 | Eduardo | Gonzalez | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 212 | Deirdre | Conway | | 1 | $785.00 | ($50.00) | $735.00 |
| 49 | 212 | Victoria | Matthews | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 213 | Morgan | Dailey | | 1 | $785.00 | ($100.00) | $685.00 |
| 49 | 213 | Danielle | Schiavo | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 214 | Eric | Reed | | 2 | $1,570.00 | $0.00 | $1,570.00 |
| 49 | 215 | Eric | Feldmeier | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 216 | | *Model* | 1 | 1 | | | |
| 49 | 216 | | *Model* | 1 | 1 | | | |
| 49 | 301 | Rachel | Bays | | 1 | $785.00 | $150.00 | $935.00 |
| 49 | 301 | Alexandra | Napolitano | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 303 | Molly | Jenkins | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 304 | Travis | Stolfer | | 1 | $955.00 | $0.00 | $955.00 |
| 49 | 305 | Lauren | Esarco | | 1 | $995.00 | $0.00 | $995.00 |
| 49 | 306 | Drew | Wolfson | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 306 | Trent | Reid | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 307 | David | Scott | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 307 | Kyle | Butson | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 308 | Morgan | Emlet | | 1 | $785.00 | ($100.00) | $685.00 |
| 49 | 308 | Julie | Mosallem | | 1 | $785.00 | ($100.00) | $685.00 |
| 49 | 309 | Turki | Alkhaldi | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 309 | Rigoberto | Cagiza | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 310 | Amy | Gannett | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 310 | Danielle | Warnke | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 311 | Tyler | Goodykoont | | 1 | $955.00 | $0.00 | $955.00 |
| 49 | 312 | Ashley | Cunningham | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 312 | Nicole | Seidman | | 1 | $785.00 | ($200.00) | $585.00 |

| 49 | 313 | Logan | Jones | | 1 | $785.00 | ($200.00) | $585.00 |
|---|---|---|---|---|---|---|---|---|
| 49 | 313 | Joe | Dineff | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 314 | Mohamed | Alhashmi | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 315 | Jenna | Lapointe | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 315 | Ayodele | Akinyemi | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 316 | Lindsay | Dejulio | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 317 | Lina | Huynh | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 317 | Melissa | Bartoletta | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 318 | Robert | Willis | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 319 | Chris | Mirazita | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 319 | Kevin | Burke | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 401 | Luke | Spence | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 403 | Jim | Eggie | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 403 | Daniel | Mannion | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 404 | Courtney | McCutcheon | | 1 | $955.00 | $0.00 | $955.00 |
| 49 | 405 | Jordan | Stern | | 1 | $985.00 | ($230.00) | $755.00 |
| 49 | 406 | Abdullah | Alhamad | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 406 | Muteb | Aljasem | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 407 | Patrick | Vollert | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 407 | Sheku | Bangura | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 408 | Kevin | Mackin | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 409 | Tyler | True | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 409 | | Eid was here | 1 | 1 | | | |
| 49 | 410 | | | 1 | 1 | | | |
| 49 | 410 | Lindsay | McElwee | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 411 | Suhas | Kukkillaya | | 1 | $995.00 | $0.00 | $995.00 |
| 49 | 412 | Eric | Mandlick | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 412 | Greg | Dahl | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 413 | Morgan | Wood | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 413 | Matthew | Heafy | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 414 | Dan | Klein | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 414 | Austin | Kerker | | 1 | $785.00 | ($235.00) | $550.00 |
| 49 | 415 | Ali | Sultan | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 415 | Tarik | Al-Ghafri | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 416 | Jessica | Elkins | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 416 | Lindsey | Coffield | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 417 | Robert | Hastings | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 418 | Tessa | Cuneo | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 418 | Christine | Sikorski | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 419 | Sultan | Attiah | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 419 | Abdulrahma | Mishkhis | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 501 | Tyler | Vincent | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 501 | Nick | Romano | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 503 | Alexis | Burt | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 503 | Jasmine | Gilbert | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 504 | Monty | Warr | | 1 | 1 | | | |
| 49 | 505 | Sarah | Nasen | | 1 | $955.00 | $0.00 | $955.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49 | 506 | Mark | Floyd | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 506 | Patrick | Visbeck | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 507 | Jenna | Brady | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 507 | Haley | Corwin | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 508 | Lauren | Smith (2) | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 509 | Meredith | Glacken | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 509 | Xiaohong | Chen | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 510 | E.J | Burrows | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 511 | Fahad | Rashed | | 1 | $955.00 | ($100.00) | $855.00 |
| 49 | 512 | Matthew | Feigel | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 512 | Evan | Delfino | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 513 | Kimberly | Greenfield | | 1 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 513 | | | 1 | | | | |
| 49 | 514 | P.J | Martin | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 514 | Brandon | Nichols | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 515 | Nasser | Alwelaie | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 515 | Leo | Li | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 516 | Danielle | Blankenship | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 516 | | | 1 | 1 | | | |
| 49 | 517 | Carrie | Whitehurst | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 49 | 518 | Brittany | Adams | | 1 | $785.00 | ($100.00) | $685.00 |
| 49 | 518 | Christiane | Koefer | | 1 | $785.00 | ($150.00) | $635.00 |
| 49 | 519 | Michael | Howell | | 1 | $785.00 | ($200.00) | $585.00 |
| 49 | 519 | Jared | Saul | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 102 | A. Chase | Woodard | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 102 | Abdulmsan | Alomar | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 104 | Hathaim | Al Siad | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 104 | Fahad | Hamadah | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 106 | John | Guilbert | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 106 | Alex | Murtha | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 108 | Thomas | Barker | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 108 | John | Kephart | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 110 | Matt | Sunday | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 110 | Trevor | Durning | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 112 | Nicholas | Boniquista | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 112 | James | Herndon | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 201 | Christina | Zeno | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 201 | Dara | Grossberg | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 202 | Dave | Tarullo | | 1 | $785.00 | ($235.00) | $550.00 |
| 51 | 202 | Andre | Ferreira | | 1 | $785.00 | ($235.00) | $550.00 |
| 51 | 203 | Nicholas | Farbotka | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 203 | Cody | Meenan | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 204 | Michael | Perchak | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 204 | Craig | Rouse | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 205 | Sean Leora | Paxson | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 205 | Melissa | McGee | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 206 | Macy | Sheehan | | 1 | $785.00 | ($200.00) | $585.00 |

| 51 | 206 | Gina | Roman | | 1 | $785.00 | ($200.00) | $585.00 |
|---|---|---|---|---|---|---|---|---|
| 51 | 207 | Justin | Moore | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 207 | Tommy | Staubs | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 208 | Melissa | Troyk | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 208 | Matt | Horton | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 209 | Brian | Watson | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 209 | Wajeeh | Al-Jananabi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 210 | Naser | Alkhaldi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 210 | Jarrah | Alotaibi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 211 | Mohammed | Alsaeed | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 211 | Abdullah | Alshilash | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 212 | Mohamed | Alabbas | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 212 | Mohamed | Tahir | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 214 | Michael | Price | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 214 | Zemas | Andargachu | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 216 | Hamed | Alshareef | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 216 | Christopher | Dukes | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 218 | Micah | Truex | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 51 | 220 | | | 1 | 1 | | | |
| 51 | 220 | | | 1 | 1 | | | |
| 51 | 222 | Christina | Jones | | 1 | $955.00 | ($40.00) | $915.00 |
| 51 | 301 | Larkin | Berkley | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 301 | Kristina | Kovalick | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 302 | Peter | Roche | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 302 | Zach | Jolley | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 303 | Cathy | Ibarra | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 303 | Mary Hanna | Guyaux | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 304 | Timothy | Shamblin | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 304 | Adam | Trunzo | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 305 | Rishi | Patel | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 305 | Mohammed | Aldossari | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 306 | Jeremy | White | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 306 | Brad | Akers | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 307 | Sarah | Ashley | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 307 | Alyssa | Ratliff | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 308 | Jordan | Jones | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 308 | | | 1 | 1 | | | |
| 51 | 309 | Peter | Laws | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 309 | Mike | Miller | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 310 | PJ | Scott | | 2 | $1,570.00 | ($1,570.00) | $0.00 |
| 51 | 311 | Ali | Alsubaie | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 311 | Jafran | Alsubaie | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 312 | John | MacConkey | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 312 | Robert | Green | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 313 | Joseph | Jacoby | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 313 | Joseph | Bianco | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 314 | Ahmed | Assadeg | | 1 | $785.00 | ($150.00) | $635.00 |

| 51 | 314 | Wadhah | Alshammari | | 1 | $785.00 | ($150.00) | $635.00 |
|----|-----|--------|------------|---|---|---------|-----------|---------|
| 51 | 315 | Katelyn | Glover | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 315 | Angela | Sheffield | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 316 | Anwar | Alzawad | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 316 | Abdulrahma | Alatawi | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 317 | Brian | Maranto | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 317 | Justin | Seeley | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 318 | Nicholas | Pfohl | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 318 | | | 1 | 1 | | | |
| 51 | 319 | Keith | Silva | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 319 | James | Yurick | | 1 | $455.00 | $0.00 | $455.00 |
| 51 | 320 | Steven | Scott | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 320 | Ryan | Young | | 1 | $455.00 | $0.00 | $455.00 |
| 51 | 321 | Travis | Muntz | | 1 | $955.00 | ($100.00) | $855.00 |
| 51 | 322 | Kelsey | Smith | | 1 | $955.00 | ($50.00) | $905.00 |
| 51 | 401 | Andrew | Garigliano | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 401 | Patrick | Mitchell | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 402 | Madeline | Fedor | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 402 | Patricia | Brons | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 403 | | | 1 | 1 | | | |
| 51 | 403 | Abdullah | Almarshad | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 404 | Nick | Adrian | | 1 | | | |
| 51 | 404 | Timothy | Goodman | | 1 | $785.00 | ($225.00) | $560.00 |
| 51 | 405 | Zainab | Abudeeb | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 405 | Ahmed | Abudeeb | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 406 | Sean | Whitney | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 406 | Oscar | Romer | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 407 | Anthony | Stoddard | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 407 | Glenn | Giacomella | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 408 | Lee | Elliot | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 408 | Ali | Abutaleb | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 409 | Jesse | Catalano | | 1 | $785.00 | ($185.00) | $600.00 |
| 51 | 409 | Christopher | Carper | | 1 | $785.00 | ($185.00) | $600.00 |
| 51 | 410 | Amanda | Elcan | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 410 | Binita | Sheth | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 411 | Abdulrahma | Almofahdi | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 411 | Ibrahim | Al-Shabnan | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 412 | Daniel | Tucker | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 412 | Faisal | Alatawi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 413 | Camp | Kilcollin | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 413 | | | 1 | 1 | | | |
| 51 | 414 | | | | 1 | | | |
| 51 | 414 | x | | | 1 | | | |
| 51 | 415 | Almas | Kozhabay | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 415 | Abdilda | Kozhabay | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 416 | Sebastin | Wahl | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 416 | Valikhan | Baimbetov | | 1 | $785.00 | ($200.00) | $585.00 |

| 51 | 417 | Jullian | Capon | | 1 | $785.00 | ($200.00) | $585.00 |
|---|---|---|---|---|---|---|---|---|
| 51 | 417 | Ann | Dzielgqiski | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 418 | Alyssa | Houck | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 418 | Leanna | Buckland | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 419 | Ryan | Murphy | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 419 | Blair | Denney | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 420 | Shannon | O'Brien | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 420 | Tammy | Gaich | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 421 | Lauren | Lamb | | 1 | $915.00 | ($330.00) | $585.00 |
| 51 | 422 | Jenna | Mazer | | 1 | $955.00 | ($155.00) | $800.00 |
| 51 | 501 | Tyger | Kirk | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 501 | Nicholas | Cosenza | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 503 | | | 1 | 1 | | | |
| 51 | 503 | Anais | Ahoussou | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 505 | Joe | Taylor | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 505 | Richard | Stewart | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 507 | Bjorn | Ashmall | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 507 | Zach | Hietala | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 509 | Mohammed | AlHashmi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 509 | Khalifa | Alkibali | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 511 | John | Fletcher | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 511 | Haitham | Aldawas | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 513 | Travis | Basso | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 513 | | | 1 | 1 | | | |
| 51 | 514 | Terry | Smith | | 2 | $785.00 | ($485.00) | $300.00 |
| 51 | 515 | Lee | Malandrino | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 515 | Daniel | Trudnak | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 516 | Chester | Yaravi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 516 | George | Odoi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 517 | Nicholas | Mohebbi | | 1 | $785.00 | ($240.00) | $545.00 |
| 51 | 517 | Zachary | Dewitt | | 1 | $785.00 | ($240.00) | $545.00 |
| 51 | 518 | Kelsey | Dinan | | 1 | $785.00 | ($285.00) | $500.00 |
| 51 | 518 | Anne | Dinan | | 1 | $785.00 | ($285.00) | $500.00 |
| 51 | 519 | Zach | Lambertson | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 519 | Matthew | Morrissey | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 520 | Andrew | Denney | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 520 | Peyton | Bartlett | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 521 | William (Hal) | Gorby | | 1 | $955.00 | ($40.00) | $915.00 |
| 51 | 522 | Anthony | Conchels | | 1 | $955.00 | $955.00 | $1,910.00 |
| 51 | 601 | Marwan | Eltalib | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 601 | Mohamed | Menafi | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 603 | Scott | Dicken | | 2 | $1,570.00 | ($400.00) | $1,170.00 |
| 51 | 605 | Brian | Davis | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 605 | Benjamin | Kapner | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 607 | Chris | Cochran | | 1 | $785.00 | ($200.00) | $585.00 |
| 51 | 607 | Rayed | Alsweel | | 1 | $785.00 | ($150.00) | $635.00 |
| 51 | 609 | Dylan | Barrowclough | | 1 | $955.00 | ($100.00) | $855.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total # BRs | | | 17 | 296 | $220,085.00 | ($51,505.00) | $168,580.00 |
| | | | | | | | |
| Vacant # BRs | | | | 17 | | | |
| | | | | | | | |
| % BRs Occupied | | | | 94% | | | |

| Payment Option | Lease Start | Lease End |
|---|---|---|
| Monthly | 8/14/2009 | 8/13/2011 |
| Monthly ACH | 10/2/2009 | 8/14/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2010 |
| | | |
| | | |
| Monthly | 8/15/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2010 |
| Monthly Cre | 8/20/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2011 |
| Monthly | 6/15/2009 | 6/15/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/14/2009 | 8/13/2010 |
| Monthly Cre | 8/14/2009 | 8/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| SUBLET | | |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly Cre | 8/20/2009 | 8/14/2010 |
| Paid in Full | 5/14/2009 | 5/13/2010 |
| Monthly | 7/15/2009 | 7/15/2010 |
| | | |
| | | |
| Monyhly | 1/25/2010 | 5/14/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly Che | 8/20/2009 | 8/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 1/11/2010 | 5/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 5/14/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |

| | | |
|---|---|---|
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 1/8/2010 | 5/14/2011 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly Che | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/14/2009 | 8/14/2010 |
| 2x ACH Finan | 5/20/2009 | 5/14/2010 |
| Monthly Che | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly Cred | 8/20/2009 | 6/14/2010 |
| Monthly Che | 8/20/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| | | |
| | | |
| Monthly | 5/20/2009 | 5/13/2011 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 6/15/2009 | 6/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 1/5/2010 | 5/14/2010 |
| Monthly Che | 8/20/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly Cred | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 12/15/2010 |
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Paid in Full | 8/20/2009 | 8/14/2010 |
| | | |
| Paid in Full | 11/29/2009 | 5/14/2010 |

| | | |
|---|---|---|
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2011 |
| Monthly | 1/6/2010 | 11/30/2010 |
| Monthly | 8/20/2009 | 8/14/2011 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 5/15/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| | | |
| Monthly | 8/14/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 8/15/2009 | 8/13/2010 |
| Monthly | 11/20/2009 | 5/14/2010 |
| | | |
| Monthly Che | 8/15/2009 | 8/13/2010 |
| 2x ACH Finan | 8/15/2009 | 8/13/2011 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/16/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 9/15/2009 | 8/14/2010 |
| Monthly ACH | 9/15/2009 | 8/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly Cred | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 5/14/2009 | 5/13/2010 |
| 2x ACH Finan | 5/14/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 7/20/2009 | 7/13/2010 |
| Monthly ACH | 6/4/2009 | 8/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 1/1/2010 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 1/12/2010 | 5/14/2010 |

| | | |
|---|---|---|
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly Che | 4/27/2009 | 5/13/2010 |
| Monthly Che | 8/14/2009 | 8/14/2010 |
| 2x ACH Finan | 8/20/2009 | 5/14/2010 |
| Monthly Cred | 1/15/2010 | 5/14/2010 |
| Monthly Che | 5/20/2009 | 5/13/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly | 1/15/2010 | 5/14/2010 |
| Monthly | 1/15/2010 | 5/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 12/20/2009 | 8/14/2011 |
| | | |
| | | |
| Monthly Che | 8/15/2009 | 8/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly Che | 4/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| 2x ACH Finan | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 4/13/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| 2x ACH Finan | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 8/14/2009 | 8/20/2010 |
| | | |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly Cred | 5/14/2009 | 5/13/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 1/11/2010 | 5/13/2010 |
| Monthly | 1/11/2010 | 5/13/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly Cred | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Montly ACH | 8/20/2009 | 8/13/2010 |
| Monthly | 5/14/2009 | 5/14/2010 |

| | | |
|---|---|---|
| Monthly | 1/11/2010 | 5/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly Che | 1/20/2010 | 5/14/2010 |
| Monthly Ch | 2/24/2010 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly Cred | 8/20/2009 | 5/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | | |
| Monthly | 8/13/2009 | 8/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/15/2009 | 8/14/2010 |
| Monthly Che | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| | | |
| Monthly | 8/14/2009 | 5/13/2010 |
| | 5/14/2009 | 5/13/2010 |
| Monthly Che | 5/14/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 8/13/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 1/13/2010 | 5/14/2010 |
| 2x ACH Finan | 5/14/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Paid in Full | 5/20/2009 | 5/13/2010 |
| 2x ACH Finan | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 1/5/2010 | 5/14/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 6/8/2009 | 8/14/2010 |
| Monthly | 9/20/2009 | 8/14/2010 |
| Monthly | month | month |
| | | |
| | | |
| | | |
| Monthly | 5/14/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 5/14/2011 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |

| | | |
|---|---|---|
| Monthly | 8/20/2009 | 5/13/2010 |
| Monthly | 5/14/2009 | 5/13/2010 |
| 2x ACH Finan | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| Monthly | 9/16/2009 | 5/13/2010 |
| Monthly | 9/16/2009 | 5/13/2010 |
| Monthly ACH | 5/20/2009 | 5/13/2010 |
| Paid in Full | 5/20/2009 | 5/13/2010 |
| | | |
| Montly ACH | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 10/2/2009 | 8/14/2010 |
| Monthly ACH | 10/5/2009 | 8/14/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 1/11/2010 | 5/14/2010 |
| Monthly | 1/1/2010 | 5/14/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| | | |
| Monthly | 8/1/2009 | 12/31/2009 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 8/20/2009 | 8/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly | 5/20/2009 | 5/13/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/14/2010 |
| Monthly ACH | 8/20/2009 | 8/13/2010 |
| Monthly Cred | 8/20/2009 | 8/13/2010 |
| Monthly | 8/15/2009 | 8/13/2010 |
| Monthly | 2/16/2010 | 11/30/2010 |
| Monthly | 8/20/2009 | 5/13/2010 |
| Monthly Cred | 7/9/2009 | 8/13/2010 |
| Monthly | 8/1/2009 | 5/13/2011 |
| Monthly | 8/20/2009 | 8/14/2010 |
| Monthly Che | 8/20/2009 | 8/14/2010 |
| Monthly | 8/14/2009 | 8/14/2010 |
| Monthly | 1/4/2010 | 5/14/2010 |
| Monthly Cred | 5/14/2009 | 5/13/2010 |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In re    **Augusta Apartments, LLC**                                  Case No.    **10-303**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ben Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **First United Bank & Trust**<br>**P.O. Box 9**<br>**Oakland, MD 21550-1517** |
| **Ben Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **PNC Bank**<br>**Successor to National City Bank**<br>**c/o Kimberly Luff Wakim**<br>**Thorp Reed & Armstong, LLC**<br>**Pittsburgh, PA 15219-1425** |
| **Kris and Joyce Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **First United Bank & Trust**<br>**P.O. Box 9**<br>**Oakland, MD 21550-1517** |
| **Kris and Joyce Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **PNC Bank**<br>**Successor to National City Bank**<br>**c/o Kimberly Luff Wakim**<br>**Thorp Reed & Armstong, LLC**<br>**Pittsburgh, PA 15219-1425** |
| **Mac and Debbie Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **First United Bank & Trust**<br>**P.O. Box 9**<br>**Oakland, MD 21550-1517** |
| **Mac and Debbie Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **PNC Bank**<br>**Successor to National City Bank**<br>**c/o Kimberly Luff Wakim**<br>**Thorp Reed & Armstong, LLC**<br>**Pittsburgh, PA 15219-1425** |
| **Monty and Jane Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **First United Bank & Trust**<br>**P.O. Box 9**<br>**Oakland, MD 21550-1517** |
| **Monty and Jane Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **PNC Bank**<br>**Successor to National City Bank**<br>**c/o Kimberly Luff Wakim**<br>**Thorp Reed & Armstong, LLC**<br>**Pittsburgh, PA 15219-1425** |

0

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

| | | | |
|---|---|---|---|
| In re | **Augusta Apartments, LLC** | Case No. | **10-303** |
| | Debtor(s) | Chapter | **11** |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 5, 2010**      Signature **/s/ Kristian E. Warner**

**Kristian E. Warner**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re   __Augusta Apartments, LLC__           Case No.   __10-303__

                                       Debtor(s)          Chapter     __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,600,000.00** | **2008 - Operation of Business** |
| **$1,900,000.00** | **2009 - Operation of Business** |
| **$430,000.00** | **2010 - Operation of Business** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached List** | | | |

None
■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PNC Bank** v. **Augusta Apartments, et al.** **No. 1:10-CV-20** | **Breach of Contract** | **U.S. District Court Northern District of West Virginia** | **Stayed** |
| **Landau** v. **Augusta Apartments** **No. AAA55110Y** | **Breach of Contract** | **American Arbitration Association** | **Judgment for Plaintiff** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

# Augusta Apartments, LLC
## Transaction List by Vendor
### November 2009 - January 2010

| Date | Clr | Type | Num | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| **Allegheny Power** | | | | | | |
| 11/03/2009 | R | Check | | 1704 Acct numbers listed below | | |
| 11/05/2009 | R | Check | echeck | | FUBT0907 Au2 Security Deposits | $ (616.93) |
| 11/09/2009 | R | Check | echeck | | FUBT0907 Au2 Security Deposits | $ (2,124.84) |
| 12/01/2009 | R | Check | echeck | | FUBT0907 Au2 Security Deposits | $ (2,026.26) |
| 12/01/2009 | R | Bill Payment (Check) | Echeck | Acct #_____ Paid online | FUBT0907 Au2 Security Deposits | $ (22,443.92) |
| 12/01/2009 | R | Bill Payment (Check) | Echeck | Service fee for paying online | FUBT0907 Au2 Security Deposits | $ (1.50) |
| 01/06/2010 | R | Bill Payment (Check) | 1636 | | FUBT0907 Au2 Security Deposits | $ (12,081.08) |
| 01/29/2010 | R | Bill Payment (Check) | 1714 | Current billing charges 11/27-12/21/09 | FUBT0907 Au2 Security Deposits | $ (14,474.04) |
| **Ben Warner** | | | | | | |
| 11/04/2009 | R | Check | 1712 | Member Disbursements | FUBT0907 Au2 Security Deposits | $ (8,000.00) |
| 11/17/2009 | R | Check | 1735 | Member Disbursements | FUBT0907 Au2 Security Deposits | $ (2,000.00) |
| 01/04/2010 | R | Check | 1654 | | FUBT0907 Au2 Security Deposits | $ (15,000.00) |
| **Benjamin Warner** | | | | | | |
| 12/05/2009 | R | Check | 1601 | Member Disbursement | FUBT0907 Au2 Security Deposits | $ (12,000.00) |
| **Bowles Rice McDavid Graff & Love** | | | | | | |
| 12/17/2009 | R | Bill Payment (Check) | 1552 | Invoice #'s _____ | FUBT0907 Au2 Security Deposits | $ (6,466.06) |
| 12/30/2009 | R | Check | 1552 | NSF check re run | FUBT0907 Au2 Security Deposits | $ (5,496.06) |
| **Britton Construction** | | | | | | |
| 11/20/2009 | R | Check | 1748 | repairs and maintenance | FUBT0907 Au2 Security Deposits | $ (3,000.00) |
| 12/16/2009 | R | Check | 1557 | payment on outstanding invoice | FUBT0907 Au2 Security Deposits | $ (3,000.00) |
| **Cash Withdrawal for cashier's check** | | | | | | |
| 11/13/2009 | R | Check | echeck | Keyser property taxes | FUBT0907 Au2 Security Deposits | $ (11,202.32) |
| **Comcast** | | | | | | |
| 11/20/2009 | R | Check | 1523 Acct #_____ | | FUBT0907 Au2 Security Deposits | $ (5,908.14) |
| 01/06/2010 | R | Bill Payment (Check) | 1640 | | FUBT0907 Au2 Security Deposits | $ (5,908.14) |

| Payee | Date | R | Type | Description / Memo | Account | Amount |
|---|---|---|---|---|---|---|
| | 01/29/2010 | R | Bill Payment (Check) | 1718 Past due balance of $11,816.49 | FUBT0907 Au2 Security Deposits | $ (11,816.49) |
| **First Insurance Funding Group** | | | | | | |
| | 11/17/2009 | R | Bill Payment (Check) | 1737 itacct# 0... | FUBT0907 Au2 Security Deposits | $ (5,944.18) |
| | 01/06/2010 | R | Check | 1657 Acct ... | FUBT0907 Au2 Security Deposits | $ (5,944.18) |
| | 01/15/2010 | R | Bill Payment (Check) | 1671 | FUBT0907 Au2 Security Deposits | $ (5,944.18) |
| **First United Bank and Trust** | | | | | | |
| | 11/30/2009 | R | Check | Bank Fees for overdraft fees | FUBT0907 Au2 Security Deposits | $ (160.00) |
| | 12/22/2009 | R | Check | NSF November 12, 2009 Acct 740172-09002 | FUBT0907 Au2 Security Deposits | $ (2,498.86) |
| | 01/04/2010 | R | Check | overdraft fees overdraft fees | FUBT0907 Au2 Security Deposits | $ (80.00) |
| | 01/20/2010 | R | Check | 1689 Acct ... | FUBT0907 Au2 Security Deposits | $ (860.50) |
| | 01/28/2010 | R | Check | 1707 Acct ... Dec 5, 2009 | FUBT0907 Au2 Security Deposits | $ (860.50) |
| | 01/29/2010 | R | Check | ... due 12/15/09 ... January 5, 2010 | FUBT0907 Au2 Security Deposits | $ (2,498.95) |
| **Kris Warner** | | | | | | |
| | 11/04/2009 | R | Check | 1713 Member Dispensements | FUBT0907 Au2 Security Deposits | $ (8,000.00) |
| | 11/17/2009 | R | Check | 1736 Member Dispensements | FUBT0907 Au2 Security Deposits | $ (2,000.00) |
| | 12/09/2009 | R | Check | 1602 Member Dispensements | FUBT0907 Au2 Security Deposits | $ (12,000.00) |
| | 01/04/2010 | R | Counter check | 1653 Philippi loan pymt | FUBT0907 Au2 Security Deposits | $ (15,000.00) |
| **L. H. Jones** | | | | | | |
| | 12/03/2009 | R | Check | 1536 Snow blade for the dump truck | FUBT0907 Au2 Security Deposits | $ (5,645.88) |
| **Lampl Trust Acct** | | | | | | |
| | 11/03/2009 | R | Check | 1709 Final Payment 5/3 Settlement | FUBT0907 Au2 Security Deposits | $ (9,000.00) |
| **OTIS** | | | | | | |
| | 11/03/2009 | R | Check | 1708 Service/Maint. on 3 Augusta Elevators Apr, May & June 09 | FUBT0907 Au2 Security Deposits | $ (4,725.00) |
| | 01/07/2010 | R | Check | 1632 Service/Maint. on 3 Augusta Elevators Jul, Aug, Sept | FUBT0907 Au2 Security Deposits | $ (4,725.00) |
| | 01/15/2010 | R | Check | 1672 Service/Maint. on 3 Augusta Elevators Jul, Aug, Sept | FUBT0907 Au2 Security Deposits | $ (4,725.00) |
| **Robert Lampl Attorney at Law** | | | | | | |
| | 11/03/2009 | R | Check | 1708 November Retainer | FUBT0907 Au2 Security Deposits | $ (10,000.00) |
| | 12/01/2009 | R | Check | 1661 December, 2009 Retainer | FUBT0907 Au2 Security Deposits | $ (10,000.00) |
| | 01/06/2010 | R | Check | 1631 January, 2010 Retainer | FUBT0907 Au2 Security Deposits | $ (10,000.00) |

| Vendor | Date | R | Type | Num | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| | 2/18/2010 | R | Check | Retainer | | | $ (100,000.00) |
| **Sheriff of Monongalia County** | | | | | | | |
| | 11/16/2009 | R | Check | property tax | | FUBT0907 Au2 Security Deposits | $ (12,217.97) |
| **United States Treasury** | | | | | | | |
| | 11/02/2009 | R | Liability Payment (Check) | 1692 | | FUBT0907 Au2 Security Deposits | $ (13,451.33) |
| | 11/17/2009 | R | Check | 1746 | Penalty for Form 1065 for late filing of taxes for period ending 12/2008 TIN ▇ | FUBT0907 Au2 Security Deposits | $ (360.00) |
| | 11/24/2009 | R | Check | 1532 | Penalty Form 1065-TIN ▇ 2008 | FUBT0907 Au2 Security Deposits | $ (360.00) |
| | 11/24/2009 | R | Check | 1533 | Penalty, Form 1065-TIN ▇ - 12/2005 | FUBT0907 Au2 Security Deposits | $ (1,056.37) |
| | 11/30/2009 | R | Check | 1534 | Penalty, Form 1065 - TIN ▇ - Period 12/2008 | FUBT0907 Au2 Security Deposits | $ (720.00) |
| **WesBanco Bank Inc** | | | | | | | |
| | 11/23/2009 | R | Check | 1528 | October 29, 2009 payment for loan ▇ | FUBT0907 Au2 Security Deposits | $ (1,386.72) |
| | 11/23/2009 | R | Check | 1529 | November 28, 2009 payment for loan ▇ | FUBT0907 Au2 Security Deposits | $ (1,386.72) |
| | 07/11/2010 | R | Check | 1635 | December 29, 2009 payment for loan ▇ | FUBT0907 Au2 Security Deposits | $ (1,386.72) |
| | 01/28/2010 | R | Check | 1703 | January 29, 2010 payment for loa ▇ | FUBT0907 Au2 Security Deposits | $ (1,386.72) |
| | | | | | **Total Debits for vendors over $5475** | | |

Friday, Mar 05, 2010 06:22:49 AM GMT-5

| | | $ (11,202.32) | $ (6,000.00) | | $ (10,992.12) | | $ (12,000.00) | $ (25,000.00) | | $ (53,768.57) | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| $ (14,175.00) | | $ (9,000.00) | $ (5,645.88) | $ (37,000.00) | | $ (6,958.80) | | $ (17,832.54) | | $ (5,908.14) |
|---|---|---|---|---|---|---|---|---|---|---|

| |
|---|
| $ (379,195.92) |
| $ (5,546.88) |
| |
| $ (15,947.70) |
| |
| $ (12,217.97) |
| $ (130,000.00) |

Case 1:10-bk-00303    Doc 54    Filed 03/08/10    Entered 03/08/10 09:05:40    Desc Main
Document        Page 42 of 73

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

Case 1:10-bk-00303   Doc 54   Filed 03/08/10   Entered 03/08/10 09:05:40   Desc Main
Document      Page 43 of 73
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert O Lampl, Attorney at Law<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA 15222 | 2/09 | $75,000.00 |
| Edward Kohout<br>2567 University Avenue<br>Morgantown, WV 26505 | 2/09 | $24,000.00 |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Case 1:10-bk-00303   Doc 54   Filed 03/08/10   Entered 03/08/10 09:05:40   Desc Main
Document   Page 44 of 73

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Augusta Apartments, LLC | 72-1618039 | 49 Falling Run Road Morgantown, WV 26505 | Real Estate Management | 2006-present |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ginger Warnick Morgantown, WV | 2007-2009 |
| Belinda Knight Morgantown, WV | 2007-2009 |
| Joyce Warner Morgantown, WV | 2009-2010 |
| Badger and Sal 430 Spruce Street Morgantown, WV 26505 | 2006-2010 |

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                ADDRESS                          DATES SERVICES RENDERED

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

| NAME | ADDRESS |
|---|---|
| **Badger and Sal** | **430 Spruce Street**<br>**Morgantown, WV 26505** |
| **Kristian Warner** | **Morgantown, WV** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY     INVENTORY SUPERVISOR     DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY     NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS     NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kristian E. Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Managing Member** | **25%** |
| **Ben Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25%** |
| **Mac Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25%** |
| **Monty Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25%** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME     ADDRESS     DATE OF WITHDRAWAL

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Attached List** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 5, 2010**     Signature **/s/ Kristian E. Warner**
**Kristian E. Warner**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

# Augusta Apartments, LLC
## Transaction List by Date
### Since March 5, 2009

| Date | Type | Num | Posting | Name | Memo/Description | Account |
|------|------|-----|---------|------|------------------|---------|
| 07/06/2009 | Check | 1320 | Yes | Ben Warner | | FUBT0907 Au2 Security Deposits |
| 08/26/2009 | Check | 1453 | Yes | Ben Warner | | FUBT0907 Au2 Security Deposits |
| 09/02/2009 | Check | 1453 | Yes | Ben Warner | | FUBT0907 Au2 Security Deposits |
| 10/13/2009 | Check | 1509 | Yes | Ben Warner | Member Disbursements | FUBT0907 Au2 Security Deposits |
| 11/04/2009 | Check | 1712 | Yes | Ben Warner | Member Disbursements | FUBT0907 Au2 Security Deposits |
| 11/17/2009 | Check | 1735 | Yes | Ben Warner | Member Disbursements | FUBT0907 Au2 Security Deposits |
| 01/04/2010 | Check | 1654 | Yes | Ben Warner | | FUBT0907 Au2 Security Deposits |
| 02/11/2010 | Check | 1752 | Yes | Ben Warner | | FUBT0907 Au2 Security Deposits |
| | | | | | | |
| 04/30/2009 | Check | 1199 | Yes | Benjamin Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 05/06/2009 | Check | 1211 | Yes | Benjamin Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 06/03/2009 | Check | 1248 | Yes | Benjamin Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 09/17/2009 | Check | 1577 | Yes | Benjamin Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 12/09/2009 | Check | 1601 | Yes | Benjamin Warner | Member Dispersement | FUBT0907 Au2 Security Deposits |
| 01/09/2009 | Check | 1083 | Yes | Benjamin Warner | Partner Distribution | NC8012 Construction |
| 01/23/2009 | Check | 1233 | Yes | Benjamin Warner | Member Disbursement | NC8012 Construction |
| 02/03/2009 | Check | 1109 | Yes | Benjamin Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| | | | | | | |
| | | | | | | |
| 10/01/2009 | Check | 1621 | Yes | Karl K Warner | Lodge Expenses 3rd quarter | FUBT0907 Au2 Security Deposits |
| 01/06/2010 | Check | 1668 | Yes | Karl K Warner | Lodge Expenses 4th quarter, 2009 | FUBT0907 Au2 Security Deposits |
| 04/30/2009 | Check | 1205 | Yes | Karl K. Warner | Lodge Expense 1st Qtr 2009 | FUBT0907 Au2 Security Deposits |

| Date | Type | Num | Cleared | Payee | Memo | Account |
|---|---|---|---|---|---|---|
| 08/28/2009 | Check | 1468 Yes | | Karl K. Warner | Lodge Expenses | FUBT0907 Au2 Security Deposits |
| 08/24/2009 | Check | 1436 Yes | | Karl K Warner III | August Lease Payment | FUBT0907 Au2 Security Deposits |
| 11/13/2009 | Check | 1730 Yes | | Karl K. Warner, III | November, 2009 payment | FUBT0907 Au2 Security Deposits |
| 12/17/2009 | Check | 1553 Yes | | Karl K. Warner, III | December, 2009 payment | FUBT0907 Au2 Security Deposits |
| 01/11/2010 | Check | 1660 Yes | | Karl K. Warner, III | January, 2009 payment | FUBT0907 Au2 Security Deposits |
| 02/16/2010 | Check | 1731 Yes | | Karl K. Warner, III | February, 2010 payment | FUBT0907 Au2 Security Deposits |
| 01/13/2009 | Check | Yes | | Kris K Warner | Member Disbursement | NC8012 Construction |
| 01/23/2009 | Check | 1231 Yes | | Kris Warner | Member Disbursement | NC8012 Construction |
| 02/05/2009 | Check | 1110 Yes | | Kris Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 04/30/2009 | Check | 1200 Yes | | Kris Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 05/06/2009 | Check | 1212 Yes | | Kris Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 05/15/2009 | Check | 1135 Yes | | Kris Warner | Reimbursement | NC8012 Construction |
| 06/03/2009 | Check | 1249 Yes | | Kris Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 08/26/2009 | Check | 1454 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 09/17/2009 | Check | 1578 Yes | | Kris Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |
| 10/13/2009 | Check | 1510 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 11/04/2009 | Check | 1713 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 11/17/2009 | Check | 1738 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 12/09/2009 | Check | 1602 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 01/04/2010 | Check | 1653 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 02/11/2010 | Check | 1753 Yes | | Kris Warner | Member Dispersements | FUBT0907 Au2 Security Deposits |
| 02/27/2009 | Check | 1101 Yes | | Warner, George B | January 2009 | NC8012 Construction |

| Date | Type | Num | Cleared | Name | Memo | Account |
|---|---|---|---|---|---|---|
| 02/27/2009 | Check | 1102 | Yes | Warner, George B | February 2009 | NC8012 Construction |
| 02/27/2009 | Check | 1103 | Yes | Warner, George B | March 2009 | NC8012 Construction |
| 04/30/2009 | Check | 1203 | Yes | Warner, George B | April 2009 | FUBT0907 Au2 Security Deposits |
| 04/30/2009 | Check | 1204 | Yes | Warner, George B | May 2009 | FUBT0907 Au2 Security Deposits |
| 06/22/2009 | Check | 1291 | Yes | Warner, George B | June payment | FUBT0907 Au2 Security Deposits |
| 06/22/2009 | Check | 1292 | Yes | Warner, George B | July payment | FUBT0907 Au2 Security Deposits |
| 07/30/2009 | Check | 1387 | Yes | Warner, George B | August payment | FUBT0907 Au2 Security Deposits |
| 09/16/2009 | Lease | | Yes | Warner, George B | Lease payment due Sept 1, 09 | Accounts Payable |
| 09/16/2009 | Lease | | Yes | Warner, George B | Lease payment due Oct 1, 09 | Accounts Payable |
| 09/16/2009 | Bill Payment (Check) | 1574 | Yes | Warner, George B | Payment for sept rent | FUBT0907 Au2 Security Deposits |
| 09/16/2009 | Bill Payment (Check) | 1573 | Yes | Warner, George B | Payment for Lease due Oct 1, 09 | FUBT0907 Au2 Security Deposits |
| 11/13/2009 | Check | 1729 | Yes | Warner, George B | November and December payments | FUBT0907 Au2 Security Deposits |
| 01/28/2010 | Check | 1704 | Yes | Warner, George B | January, 2010 payment | FUBT0907 Au2 Security Deposits |
| 02/01/2010 | Check | 1705 | Yes | Warner, George B | February, 2010 payment | FUBT0907 Au2 Security Deposits |
| 03/01/2010 | Check | 1706 | Yes | Warner, George B | March, 2010 payment | FUBT0907 Au2 Security Deposits |
| 01/26/2009 | Check | 1232 | Yes | Andrew Warner | | NC8012 Construction |
| 06/10/2009 | Check | 1261 | Yes | Andrew Warner | Member Disbursement | FUBT0907 Au2 Security Deposits |

| Split | Amount | Totals |
|---|---|---|
| Member Dispersements | $ (8,000.00) | |
| Member Dispersements | $ (11,000.00) | |
| Member Dispersements | $ (11,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| Member Dispersements | $ (8,000.00) | |
| Member Dispersements | $ (2,000.00) | |
| Member Dispersements | $ (15,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| Distributions:Ben Warner | $ (10,000.00) | |
| Distributions:Ben Warner | $ (4,000.00) | |
| Distributions:Ben Warner | $ (9,000.00) | |
| Parking Income | $ (12,000.00) | |
| Member Dispersements | $ (12,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| Distributions:Ben Warner | $ (10,000.00) | |
| Distributions:Ben Warner | $ (10,000.00) | |
| Ben Warner | | $ (152,000.00) |
| Lodge | $ (1,012.36) | |
| Lodge | $ (1,293.24) | |
| Notes Payable - Related:McCoy Farm, LLC | $ (996.84) | |

| Description | Amount | Total |
|---|---|---|
| Notes Payable - Related:McCoy Farm, LLC | $ (1,600.00) | |
| **McCoy Farm, LLC** | | $ (4,902.44) |
| Notes Payable:Grand Central Building | $ (1,035.22) | |
| Lease Expense | $ (1,035.22) | |
| Lease Expense | $ (1,035.22) | |
| Lease Expense | $ (1,035.22) | |
| **Karl K Warner, III** | | $ (5,176.10) |
| Distributions:Kris Warner | $ (14,385.72) | |
| Distributions:Kris Warner | $ (10,000.00) | |
| Distributions:Kris Warner | $ (10,000.00) | |
| Distributions:Kris Warner | $ (10,000.00) | |
| Distributions:Kris Warner | $ (4,000.00) | |
| Office and Operating Expense:Miscellaneous | $ (167.50) | |
| Distributions:Kris Warner | $ (9,000.00) | |
| Distributions:Kris Warner | $ (11,000.00) | |
| Member Dispersements | $ (12,000.00) | |
| Distributions:Kris Warner | $ (10,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| Member Dispersements | $ (8,000.00) | |
| Member Dispersements | $ (2,000.00) | |
| Member Dispersements | $ (12,000.00) | |
| Member Dispersements | $ (15,000.00) | |
| Member Dispersements | $ (10,000.00) | |
| **Kris Warner** | | $ (137,553.22) |
| Lease Expense | $ (1,000.00) | |

| Description | Amount | |
|---|---|---|
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | 1,000.00 |
| Accounts Payable | $ | (1,000.00) |
| Accounts Payable | $ | (1,000.00) |
| -SPLIT- | $ | (2,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| Lease Expense | $ | (1,000.00) |
| George Warner | $ | (13,000.00) |
| Member Dispersements | $ | (10,000.00) |
| Distributions Andrew Warner | $ | (4,000.00) |
| Andrew Warner | $ | (14,000.00) |
| **TOTAL** | **$** | **(326,631.76)** |

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Augusta Apartments, LLC**                                    Case No.  **10-303**

                                   Debtor(s)                                    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ........................................................    $         **75,000.00**

        Prior to the filing of this statement I have received ........................................    $         **75,000.00**

        Balance Due ................................................................................................    $         **0.00**

2.    The source of the compensation paid to me was:

        ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

        ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  [Other provisions as needed]
            **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March 5, 2010**                        **/s/ Robert O Lampl**
                                                    **Robert O Lampl 19809**
                                                    **Robert O Lampl, Attorney at Law**
                                                    **960 Penn Avenue, Suite 1200**
                                                    **Pittsburgh, PA 15222**
                                                    **412-392-0330  Fax: 412-392-0335**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re   **Augusta Apartments, LLC**

Debtor

Case No.   **10-303**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ben Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25** | **25%** |
| **Kristian Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25** | **25%** |
| **Mac Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25** | **25%** |
| **Monty Warner**<br>**49 Falling Run Road**<br>**Morgantown, WV 26505** | **Member** | **25** | **25%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 5, 2010**

Signature **/s/ Kristian E. Warner**
                    **Kristian E. Warner**
                    **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

<u>0</u>  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of West Virginia

In re   __Augusta Apartments, LLC__                      Case No.   __10-303__

                                Debtor(s)                 Chapter     __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __March 5, 2010__                /s/ Kristian E. Warner

                                             **Kristian E. Warner/Managing Member**
                                             Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Augusta Apartments, LLC
Suite 7000
2567 University Avenue
Morgantown, WV 26505


Robert O Lampl
Robert O Lampl, Attorney at Law
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222


Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606-0001


Allied Waste Services
PO Box 9001099
Louisville, KY 40290


Badger and Sal
430 Spruce Street
Morgantown, WV 26505


Bowles Rice McDavid Graff & Love
P.O. Box 1386
Charleston, WV 25325


City of Morgantown
389 Spruce Street
Morgantown, WV 26505


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


CTL Engineering
733 Fairmont Road
Morgantown, WV 26501


First United Bank & Trust
P.O. Box 9
Oakland, MD 21550-1517


Internal Revenue Service
1206 Quarrier Street
Charleston, WV 25301

Landau
9855 Rinaman Road
Wexford, PA 15090


Maid for Today
323 Rolling Hills Village
Morgantown, WV 26508


Maintenance USA
P.O. Box 2317
Jacksonville, FL 32203-2317


Morgantown Area Chamber of Commerce
P.O. Box 658
Morgantown, WV 26507-0658


Morgantown Printing and Binding
915 Greenbag Road
Morgantown, WV 26508


Morgantown Septic Tank Service
P.O. Box 351
Granville, WV 26534


Mountaineer ChemDry
823 Bethel Road
Morgantown, WV 26501


Nichole Taylor
221 Brown Street
Brownsville, PA 15417


PA Department of Revenue
P.O. Box 280407
Harrisburg, PA 17218


PNC Bank
Successor to National City Bank
c/o Kimberly Luff Wakim
Thorp Reed & Armstong, LLC
Pittsburgh, PA 15219-1425


Rental Guide Magazine
309 John Street
Clarksburg, WV 26301

Secure US, Inc.
P.O. Box 424
Morgantown, WV 26507


Sheriff of Monongalia County
243 High Street
Big Creek, WV 25505-5492


Spilman Thomas & Battle
300 Kanawha Boulevard, East
Charleston, WV 25321


Tucker & Arensberg Attorneys
1500 One PPG Place
Pittsburgh, PA 15222


Various tenants at residential
apartment building
(See Rent Roll attached)


WesBanco Bank Inc.
5680 N. Hamilton Road
Columbus, OH 43230


West Virginia DEP
Division of Water and Waste Water
P.O. bBox 364
Charleston, WV 25322

# United States Bankruptcy Court
## Northern District of West Virginia

In re    **Augusta Apartments, LLC**                        Case No.    **10-303**

Debtor(s)                        Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Augusta Apartments, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 5, 2010**                            /s/ Robert O Lampl

Date                                   **Robert O Lampl 19809**

Signature of Attorney or Litigant
Counsel for    **Augusta Apartments, LLC**
**Robert O Lampl, Attorney at Law**
**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**
**412-392-0330 Fax:412-392-0335**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

## DECLARATION REGARDING BALANCE SHEET

I, Kristian Warner, Managing Member of Augusta Apartments, LLC, the

Debtor in Chapter 11 Case No. 10-00303, hereby declare as follows:

    1.    The Debtor has not prepared a Balance Sheet.


Date: March 5, 2010                      /s/ Kristian Warner
                                              Kristian Warner Managing
                                              Member of McCoy 6, LLC

# EMPLOYEE INCOME RECORD

# Augusta Apartments, LLC
## Payroll Summary Totals
### February 1 - March 1, 2010

| | Hours | Amount |
|---|---|---|
| **Compensation** | | |
| Salary | 720.00 | 19,308.20 |
| Regular Hours | 586.00 | 5,246.26 |
| Overtime | 1.58 | 23.85 |
| **Total Compensation** | 1,307.58 | $ 24,578.31 |
| **Employee-Paid Taxes** | | |
| Federal Income Tax | | -2,609.00 |
| Medicare | | -356.38 |
| Social Security | | -1,523.86 |
| PA - Income Tax | | -423.36 |
| WV - Income Tax | | -365.00 |
| **Total Employee-Paid Taxes** | 0.00 | -$ 5,277.60 |
| **After-Tax Payments and Deductions** | | |
| Cell Phone Reimbursement | | 120.00 |
| **Total After-Tax Payments and Deductions** | 0.00 | $ 120.00 |
| **Net Pay** | 1,307.58 | $ 19,420.71 |
| **Company-Paid Taxes** | | |
| Medicare Company | | 356.39 |
| Social Security Company | | 1,523.85 |
| Federal Unemployment | | 132.33 |
| WV - Unemployment | | 493.34 |
| **Total Company-Paid Taxes** | 0.00 | $ 2,505.91 |
| **Paid Time Off** | | |
| Vacation Earned | | |
| Sick Earned | 6.15 | |
| **Total Paid Time Off** | 6.15 | $ 0.00 |
| | | |
| | | |
| | | |

Tuesday, Mar 02, 2010 11:36:25 AM GMT-5

# CASH FLOW STATEMENT

# Augusta Apartments, LLC
## Statement of Cash Flows
### January - December 2009

| | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 319,237.14 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable | -111,597.18 |
| correction | -33,731.38 |
| Employee Advance | -1,431.28 |
| Accounts Payable | 228,823.36 |
| Accrued Taxes Payable | 22,239.71 |
| Accrued Taxes Payable:940 Payable | 198.97 |
| Accrued Taxes Payable:941 Payable | 31,842.00 |
| Accrued Taxes Payable:Local Taxes | 25.92 |
| Accrued Taxes Payable:Pa Withholding Taxes | 2,741.52 |
| Accrued Taxes Payable:Suta Payable | 289.03 |
| Accrued Taxes Payable:WV Taxes Withholding | 824.00 |
| First United Bank & Trust | -8,517.05 |
| FUBT - 740315-09001 | -18,766.50 |
| NC $20.648MM | -118,101.30 |
| Payroll Clearing | 6.48 |
| Security Deposits | 15,276.00 |
| **Net cash provided by operating activities** | $ 329,359.44 |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 180,636.50 |
| Land | -2,000.00 |
| Accumulated Amortization | 16,558.00 |
| Notes Receivable:Battle Hill | -14,094.09 |
| Notes Receivable:Grand Central Station | -79,294.37 |
| Notes Receivable:MCCOY 6 | -64,638.88 |
| Notes Receivable:New Creek | -32,000.00 |
| **Net cash provided by investing activities** | $ 5,167.16 |
| **FINANCING ACTIVITIES** | |
| FUBT $4M | 0.00 |
| National City  60-10-7904-9 | -121,449.31 |
| Notes Payable:Grand Central Building | -1,760.22 |
| Notes Payable:McCoy 6 | -786.80 |
| Notes Payable - Related | -7,064.82 |
| Notes Payable - Related:McCoy Farm, LLC | -2,596.84 |
| Wesbanco $69.2K | -16,674.53 |
| Distributions:Andrew Warner | -4,000.00 |
| Distributions:Ben Warner | -43,000.00 |
| Distributions:Kris Warner | -69,385.72 |
| Member Dispersements | -125,000.00 |
| Opening Bal Equity | -837.00 |
| **Net cash provided by financing activities** | -$ 392,555.24 |
| **Net cash increase for period** | -$ 58,028.64 |
| **Cash at beginning of period** | 183,928.45 |
| **Cash at end of period** | $ 125,899.81 |

# STATEMENT OF CURRENT MONTHLY INCOME

# Augusta Apartments, LLC
## Profit & Loss
### January 1 - March 2, 2010

|  | | Total |
|---|---|---|
| **Income** | | |
| Parking Income | | 10,031.15 |
|   Surface Parking Rent | | 5,836.00 |
| Total Parking Income | $ | **15,867.15** |
| Rental | | 4,155.00 |
|   Apartment Rent | | 478,845.57 |
|   Refund | | -585.00 |
| Total Rental | $ | **482,415.57** |
| Services | | 17,075.55 |
| **Total Income** | $ | **515,358.27** |
| **Expenses** | | |
| Advertising | | 2,874.16 |
|   Marketing Supplies | | 439.90 |
|   Signs | | 64.12 |
| Total Advertising | $ | **3,378.18** |
| Bank Service Charges | | 105.67 |
|   Bank Refund Fees | | 10.00 |
|   Credit Card Processing Fee | | 2,058.47 |
|   Overdraft Fee | | 110.00 |
| Total Bank Service Charges | $ | **2,284.14** |
| Business Taxes | | |
|   Federal | | 396.99 |
|   State | | 1,117.00 |
| Total Business Taxes | $ | **1,513.99** |
| Cable TV/Internet | | 11,800.78 |
| Contract Labor | | 1,474.60 |
| Insurance | | 11,888.36 |
|   Property Insurance | | 5,944.18 |
| Total Insurance | $ | **17,832.54** |
| Interest Expense | | |
|   Loan Interest | | 559.13 |
|   Mortgage | | 1,000.00 |
| Total Interest Expense | $ | **1,559.13** |
| Lease Expense | | 5,070.44 |
| Lodge | | 1,293.24 |
| Office and Operating Expense | | 384.75 |
|   Miscellaneous | | 4.95 |
|   Security Monitoring | | 934.32 |
|   Service Fee | | 9,739.32 |
|   Supplies | | 307.00 |
| Total Office and Operating Expense | $ | **11,370.34** |
| Payroll Expenses | | 45,775.55 |
| Professional Fees | | |
|   Accounting | | 3,765.00 |
|   Legal Fees | | 22,851.77 |
|   Marketing Consultant | | 1,000.00 |

| | | |
|---|---|---|
| Total Professional Fees | $ | 27,616.77 |
| Reimbursement of Expenses | | 0.00 |
| Repair & Maintenance | | 223.89 |
| Repairs | | 39.75 |
| Maintenance Supplies | | 1,228.53 |
| Total Repairs | $ | 1,268.28 |
| Utilities | | 13,925.37 |
| Fire Protection | | 10,636.19 |
| Gas and Electric | | 15,263.59 |
| Telephone | | 8,109.52 |
| Waste Disposal | | 2,531.39 |
| Water | | 5,529.75 |
| Total Utilities | $ | 55,995.81 |
| Total Expenses | $ | 188,457.68 |
| Net Operating Income | $ | 326,900.59 |
| Other Income | | |
| Other Income | | |
| Fee Income | | 23,065.00 |
| Vending Commissions | | 3,595.00 |
| Total Other Income | $ | 26,660.00 |
| Total Other Income | $ | 26,660.00 |
| Other Expenses | | |
| Other Expenses | | 450.00 |
| Total Other Expenses | $ | 450.00 |
| Net Other Income | $ | 26,210.00 |
| Net Income | $ | 353,110.59 |
| | | |
| | | |
| | | |
| Tuesday, Mar 02, 2010 11:15:20 AM GMT-5 - Accrual Basis | | |

# STATEMENT OF OPERATIONS

# Augusta Apartments, LLC
## Profit & Loss
### January - December 2009

|  |  | Total |
|---|---|---|
| **Income** |  |  |
| bank correction |  | 1,950.00 |
| **Billable Expense Income** |  | 25.00 |
| **Parking Income** |  | 4,608.50 |
| **Rental** |  | 36,293.86 |
| **Apartment Rent** |  | 1,815,344.29 |
| **Deposit Returned** |  | 895.00 |
| Returned ACH |  | -1,331.50 |
| Returned Check |  | -1,000.00 |
| **Total Deposit Returned** | -$ | 1,436.50 |
| Refund |  | -3,277.33 |
| **Total Rental** | $ | 1,846,924.32 |
| Services |  | 12,193.98 |
| Uncategorized Income |  | 6,000.00 |
| **Total Income** | $ | 1,871,701.80 |
| **Expenses** |  |  |
| Advertising |  | 24,008.68 |
| Advertising Postage |  | 3,377.80 |
| Marketing Supplies |  | 5.16 |
| Newpaper |  | 1,379.16 |
| Referral Fee |  | 400.00 |
| Signs |  | 254.15 |
| **Total Advertising** | $ | 29,424.95 |
| Amortization Expense |  | 13,604.50 |
| **Automobile Expense** |  | 918.50 |
| Fuel |  | 1,665.00 |
| **Total Automobile Expense** | $ | 2,583.50 |
| **Bank Service Charges** |  | -2,659.38 |
| Bank Refund Fees |  | 10.00 |
| Credit Card Processing Fee |  | 14,918.33 |
| Non-sufficient Funds Fee |  | -23,350.90 |
| Overdraft Fee |  | 655.00 |
| Return Item Fee |  | -6,562.87 |
| **Total Bank Service Charges** | -$ | 16,989.82 |
| **Business Taxes** |  |  |
| Federal |  | 10,921.52 |
| Property |  | 174,116.95 |
| State |  | 257.98 |
| **Total Business Taxes** | $ | 185,296.45 |
| **Cable TV/Internet** |  | 72,668.30 |
| **Construction Soft Costs** |  |  |
| Builder's Risk Insurance |  | 869.00 |
| Other Soft Costs |  | 10,129.70 |
| **Total Construction Soft Costs** | $ | 10,998.70 |
| Contract Labor |  | 82,071.51 |
| Depreciation Expense |  | 183,590.00 |

Case 1:10-bk-00303    Doc 54    Filed 03/08/10    Entered 03/08/10 09:05:40    Desc Main
Document      Page 71 of 73

| | |
|---|---:|
| Expense | 19,000.00 |
| Insurance | 46,021.74 |
| Cobra Health Insurance | 4,008.12 |
| Commercial General Liability | 6,226.39 |
| Health Insurance | 7,177.70 |
| Mobile Office Liability Insuran | 1,285.00 |
| Property Insurance | 26,806.34 |
| Worker's Compensation | 2,726.25 |
| Total Insurance | $ 94,231.54 |
| Interest Expense | 14,725.84 |
| Late Fee | 15.00 |
| Loan Interest | 1,495.84 |
| Mortgage | 4,498.85 |
| Total Interest Expense | $ 20,735.53 |
| Lease Expense | 14,070.44 |
| Licenses and Permits | 450.00 |
| Loan Closing | |
| Attorney Fees | 11,826.26 |
| Total Loan Closing | $ 11,826.26 |
| Lodge | 1,012.36 |
| Office and Operating Expense | 3,406.44 |
| Dues and Subscriptions | 507.48 |
| Miscellaneous | 4,167.31 |
| Postage and Delivery | 680.61 |
| Printing and Reproduction | 6,579.16 |
| Security Monitoring | 4,710.16 |
| Service Fee | 28,689.32 |
| Supplies | 2,041.64 |
| Total Office and Operating Expense | $ 50,782.12 |
| Payroll Expenses | 250,957.19 |
| Payroll Taxes | 0.00 |
| 940 Tax | 198.97 |
| 941 Taxes | 9,434.64 |
| Suta Taxes | 289.03 |
| Total Payroll Taxes | $ 9,922.64 |
| Professional Fees | 5,496.06 |
| Accounting | 18,668.00 |
| Legal Fees | 142,814.96 |
| Marketing Consultant | 10,178.23 |
| Total Professional Fees | $ 177,157.25 |
| Repair & Maintenance | 613.74 |
| Repairs | 25,102.82 |
| Building Repairs | 3,750.73 |
| Elevator Inspection | 1,443.20 |
| Equipment Repairs | 5,705.88 |
| Maintenance Supplies | 5,961.46 |
| Total Repairs | $ 41,964.09 |
| Ridge Point, LLC | 639.38 |
| Travel & Entertainment | |
| Mileage Reimbursement | 16,493.52 |
| Total Travel & Entertainment | $ 16,493.52 |
| Utilities | 107.00 |

| | | |
|---|---|---:|
| Fire Protection | | 10,673.17 |
| Gas and Electric | | 161,302.06 |
| Late Fee | | 561.29 |
| Telephone | | 38,289.10 |
| Waste Disposal | | 16,739.91 |
| Water | | 27,701.18 |
| **Total Utilities** | $ | **255,373.71** |
| voided check | | 0.00 |
| Walnut Woods, LLC | | 639.38 |
| **Total Expenses** | $ | **1,529,117.24** |
| **Net Operating Income** | $ | **342,584.56** |
| **Other Income** | | |
| Interest Income | | 3.13 |
| Other Income | | 50.00 |
| Application Fee | | 725.00 |
| Fee Income | | 23,363.03 |
| Damage Fee | | 234.00 |
| **Total Fee Income** | $ | **23,597.03** |
| Vending Commissions | | 2,091.92 |
| **Total Other Income** | $ | **26,463.95** |
| **Total Other Income** | $ | **26,467.08** |
| **Other Expenses** | | |
| Other Expenses | | 49,814.50 |
| **Total Other Expenses** | $ | **49,814.50** |
| **Net Other Income** | -$ | **23,347.42** |
| **Net Income** | $ | **319,237.14** |
| | | |
| | | |
| | | |
| Tuesday, Mar 02, 2010 11:33:17 AM GMT-5 - Accrual Basis | | |