IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:

| | |
|---|---|
| Augusta Apartments, LLC, | Case No. 10-00303 |
| EIN: 72-1618039 | Chapter 11 |
| | Honorable Patrick M. Flatley |
| Debtor. | |

## CONSENT ORDER OF COURT

AND NOW, upon due consideration of the foregoing Motion for Relief from Stay, good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay of §362(a) is lifted so that the Circuit Court of Monongalia County, West Virginia can rule on the issues before it at Case No. 08-C-219;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the automatic stay is also lifted to allow parties deeming it necessary to take an appeal of any order entered by the Circuit Court of Monongalia County, West Virginia at Case No. 08-C-219;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that execution on any judgment entered by the Circuit Court of Monongalia County, West Virginia shall continue to be stayed notwithstanding the provisions of this Order.

Consented to and submitted by:

*/s/ Michael Kaminski*
Michael Kaminski, Esquire
BLUMLING & GUSKY, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-227-2500
mkaminski@blumlinggusky.com

Attorney for Landau Building Company

*/s/ Ellen S. Cappellanti*
Ellen S. Cappellanti, Esquire
JACKSON KELLY PLLC
150 Clay Street, Suite 500
P. O. Box 619
Morgantown, WV 26507-0619
304-284-4164
ecappellanti@jacksonkelly.com

Attorney for PNC Bank

*/s/ John P. Lacher*
John P. Lacher, Esquire
Robert O. Lampl, Esquire
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
412-392-0330

Attorney for Debtor

{21100.03/498587:}

Case 1:10-bk-00303    Doc 92    Filed 04/12/10    Entered 04/12/10 14:09:41    Desc Main
Document    Page 2 of 2