IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:

| | | | |
|---|---|---|---|
| MCCOY 6, LLC | ) | Case No. | 09-304 |
| | ) | | |
| Debtor | ) | Chapter 11 | |
| _____ | ) | | |
| | ) | | |
| AUGUSTA APARTMENTS, LLC, | ) | Case No. | 10-303 |
| | ) | | |
| Debtor | ) | Chapter 11 | |
| _____ | ) | | |
| | ) | | |
| GRAND CENTRAL BUILDING, LLC | ) | Case no. | 10-638 |
| | ) | | |
| | ) | Chapter 11 | |
| Debtor | ) | | |
| _____ | | | |

                Debtor                Chapter 11

APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE

     The United States Trustee, pursuant to Bankruptcy Rule 2007.1, hereby applies for an Order approving the appointment of a Chapter 11 trustee in these cases and in support thereof, states:

     1.     The Court, by order entered on July 21, 2010, authorized the United States Trustee to appoint a trustee in this case pursuant to Bankruptcy Code § 1104(a).

     2.     The United States Trustee has appointed Robert L. Johns, Esq., Turner and Johns, 216 Brooks Street, Suite 301; Charleston, WV 25301; (304) 720-2300, as the Chapter 11 Trustee pursuant to Bankruptcy Code § 1104(d).

3. The United States Trustee has consulted with the following parties in interest regarding the appointment of the Trustee: John Lacher, Counsel for the debtors, Roger Schlossberg, Counsel for First United National Bank and Kimberly Wakim, counsel for PNC Bank..

4. The connections of Robert L. Johns with the debtor, creditors, and other parties in interest, their respective attorneys and accountants, the United States Trustee, and any persons employed in the Office of the United States Trustee, are limited to the connections, if any, set forth in his verified statement, to the best knowledge of the United States Trustee.

WHEREFORE, the United States Trustee requests that the Court enter an Order approving the appointment of Robert L. Johns as Trustee in this case.

Date: July 21, 2010                    W. CLARKSON McDOW, JR
                                       UNITED STATES TRUSTEE
                                       By Counsel

/s/ *Debra A. Wertman*
Assistant United States Trustee
2025 United States Courthouse
300 Virginia Street East
Charleston WV 25301
304-347-3400