IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

| | |
|---|---|
| MCCOY 6, LLC, | CASE NO. 09-00304 |
| AUGUSTA APARTMENTS, LLC, | CASE NO. 10-00303 |
| GRAND CENTRAL BUILDING, LLC, | CASE NO. 10-00638 |
| DEBTORS. | CHAPTER 11 CASES |

MOTION FOR STATUS CONFERENCE CONCERNING AGREEMENT BETWEEN
FIRST UNITED BANK AND DEBTORS

The United States Trustee, W. Clarkson McDow, Jr., by his Assistant United States Trustee, Debra A. Wertman, moves the Court to schedule a telephonic status conference as soon as practicable to discuss the status of the agreement between the debtors and First United Bank as announced on the record on July 21, 2010 at the hearing on the Motions for the appointment of a chapter 11 trustee filed by First United Bank and the United States Trustee. The United States Trustee has inquired of counsel but has not received a definitive answer concerning the status of the final agreement. The United States Trustee has concerns that failure to reduce the agreement to writing and failure to obtain court approval of the agreement is affecting the chapter 11 trustee's ability to properly and effectively administer the chapter 11 estates and to act in the best interest of creditors. The United States Trustee expected the agreement to be reduced to writing and submitted to the court within 30 days of the July 21 hearing. To date, nothing has been proposed.

WHEREFORE, the United States Trustee moves the Court to schedule a status conference with counsel for the debtors, counsel for First United Bank, counsel for PNC Bank, and the chapter 11 trustee for the three chapter 11 estates as soon as practicable so that the

United States Trustee and the chapter 11 trustee know the terms of the agreement and whether the agreement affects the chapter 11 estates and the trustee's ability to administer the estates.

Dated: September 15, 2010

                                    Respectfully submitted,

                                    W. Clarkson McDow, Jr.
                                    United States Trustee, Region Four

By: _____/s/_____
Debra A. Wertman (State Bar # 3987)
Assistant U.S. Trustee
300 Virginia Street East Suite 2025
Charleston, WV 25301
304 347 3400

CERTIFICATE OF SERVICE

       I certify that the foregoing Motion For Status Conference was served electronically on the following parties on September 15, 2010:

John Lacher
Electronic Service

Roger Schlossberg
Electronic Service

Kim Wakim
Electronic Service

Robert Johns
Electronic Service

                                          /s/   Debra A. Wertman
                                              Debra A. Wertman