UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| In re: | § | Case No. 2:10-BK-00303 |
|---|---|---|
| | § | |
| AUGUSTA APARTMENTS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $377,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $12,941,501.07 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $3,304,323.53 | | |

3) Total gross receipts of $16,795,824.60 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $550,000.00 (see **Exhibit 2),** yielded net receipts of $16,245,824.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $30,720,005.18 | $30,694,954.21 | $12,941,501.07 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $96,184.63 | $96,184.63 | $96,184.63 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $3,208,138.90 | $3,208,138.90 | $3,208,138.90 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $405,495.75 | $232,694.57 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $7,410,394.05 | $7,410,394.05 | $0.00 |
| **Total Disbursements** | $0.00 | $41,840,218.51 | $41,642,366.36 | $16,245,824.60 |

4). This case was originally filed under chapter 11 on 02/19/2010. The case was converted to one under Chapter 7 on 07/21/2010. The case was pending for 80 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2017        By:  /s/ Robert L. Johns
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 49 Falling Run RoadMorgantown WV 26505(Apt building with 158 Residential units and Parking Garage) | 1110-000 | $13,334,143.49 |
| Vacant Lots | 1110-000 | $220,416.27 |
| Insurance Partners | 1121-000 | $76.00 |
| Security Deposits with utilities and vendors (gathering data as to amounts) | 1121-000 | $102,022.49 |
| West Virginia University | 1122-000 | ($55,464.68) |
| Apartment Furniture | 1129-000 | $88,166.50 |
| Chapter 11 Operating Revenue | 1129-000 | $3,039,282.39 |
| Desks, Chairs, Phones, Computers, Printers, Fax, Copier, Supplies | 1129-000 | $661.25 |
| First United Bank Checking Account | 1129-000 | $13,331.01 |
| Snow blower, Treadmills, Vending Games, TVs | 1129-000 | $6,612.49 |
| AP# 12-00013 Griesbaum(check on proof of claim for $1500. should be with drawn) | 1249-000 | $2,000.00 |
| Disallowed Attorney Fees Robert O Lampl | 1249-000 | $17,325.00 |
| City National Bank | 1270-000 | $226.94 |
| Interest Earned | 1270-000 | $7,273.53 |
| Augusta | 1290-000 | $19,681.92 |
| Jack D. Marko-K&D Mini Storage | 1290-000 | $70.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,795,824.60** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Fountain Residential Partners, LLC | Funds to Third Parties | 8500-002 | $550,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$550,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Laurita Excavating, Inc. | 4110-000 | $0.00 | $383,284.27 | $383,284.27 | $0.00 |
| 10 | WV Dept of Tax | 4110-000 | $0.00 | $1,293.97 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | & Revenue | | |
| 11 | Wesbanco Bank, Inc. | 4110-000 | $0.00 | $20,000.00 | $0.00 | $0.00 |
| 13 | PNC Bank, National Association, | 4110-000 | $0.00 | $7,891,768.98 | $7,891,768.98 | $172,494.73 |
| 17 | First United Bank & Trust | 4110-000 | $0.00 | $1,480,497.08 | $1,480,497.08 | $0.00 |
| 18 | First United Bank & Trust | 4110-000 | $0.00 | $3,379,782.98 | $3,379,782.98 | $0.00 |
| 19 | First United Bank & Trust | 4110-000 | $0.00 | $1,430,973.94 | $1,430,973.94 | $0.00 |
| 20 | First United Bank & Trust | 4110-000 | $0.00 | $1,074,623.80 | $1,074,623.80 | $0.00 |
| 21 | First United Bank & Trust | 4110-000 | $0.00 | $285,016.82 | $285,016.82 | $0.00 |
| 24 | Landau Building Company | 4110-000 | $0.00 | $2,000,000.00 | $2,000,000.00 | $0.00 |
| 54 | CTL Engineering of WV, inc | 4110-000 | $0.00 | $3,757.00 | $0.00 | $0.00 |
| | First United Bank & Trust | 4110-000 | $0.00 | $200,000.00 | $200,000.00 | $200,000.00 |
| | Monongalia County Sheriff | 4800-070 | $0.00 | $115,037.40 | $115,037.40 | $115,037.40 |
| | PNC Bank | 4110-000 | $0.00 | $9,700,000.00 | $9,700,000.00 | $9,700,000.00 |
| | PNC Secured claim payment | 4110-000 | $0.00 | $2,753,968.94 | $2,753,968.94 | $2,753,968.94 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $30,720,005.18 | $30,694,954.21 | $12,941,501.07 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $20,615.39 | $20,615.39 | $20,615.39 |
| Robert Johns, Trustee | 2200-000 | NA | $200.00 | $200.00 | $200.00 |
| Insurance Partners Agency, INC | 2300-000 | NA | $989.37 | $989.37 | $989.37 |
| Martin Anyieni | 2410-000 | NA | $300.00 | $300.00 | $300.00 |
| Pro-rated fire fees 7/1/11 to 8/16/11 | 2500-000 | NA | $1,323.99 | $1,323.99 | $1,323.99 |
| Recording fees | 2500-000 | NA | $103.00 | $103.00 | $103.00 |
| Pinnacle Bank | 2600-000 | NA | $1,715.42 | $1,715.42 | $1,715.42 |
| U.S. Trustee | 2950-000 | NA | $3,900.00 | $3,900.00 | $3,900.00 |
| K & D Mini Storage | 2990-000 | NA | $1,470.00 | $1,470.00 | $1,470.00 |
| K&D Mini Storage | 2990-000 | NA | $1,470.00 | $1,470.00 | $1,470.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $56,834.50 | $56,834.50 | $56,834.50 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $7,262.96 | $7,262.96 | $7,262.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $96,184.63 | $96,184.63 | $96,184.63 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chapter 11 Trustee fees, Trustee | 6101-000 | NA | $416,250.00 | $416,250.00 | $416,250.00 |
| Robert Johns, Trustee | 6101-000 | NA | $83,955.50 | $83,955.50 | $83,955.50 |
| Chapter 11 Trustee Expenses, Trustee | 6102-000 | NA | $2,707,377.44 | $2,707,377.44 | $2,707,377.44 |
| Monongalia County Sheriff | 6820-000 | NA | $555.96 | $555.96 | $555.96 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $3,208,138.90 | $3,208,138.90 | $3,208,138.90 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rental Guide Magazine | 5800-000 | $0.00 | $4,500.00 | $4,500.00 | $0.00 |
| 2 | Sheriff of Monongalia County | 5800-000 | $0.00 | $220,777.79 | $220,777.79 | $0.00 |
| 6 | IRS | 5800-000 | $0.00 | $137,752.21 | $0.00 | $0.00 |
| 7 | City of Morgantown | 5800-000 | $0.00 | $34,860.08 | $0.00 | $0.00 |
| 10A | WV Dept of Tax & Revenue | 5800-000 | $0.00 | $188.89 | $0.00 | $0.00 |
| 23 | Linda Gaich | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 26 | Andrew Garigliano | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 28 | Mark Feldmeier | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 31 | Matthew T. Horton | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 32 | Peter Gannett | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 33 | Alexis Burt | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 34 | WorkForce WV/Legal Dept | 5800-000 | $0.00 | $1,825.46 | $1,825.46 | $0.00 |
| 35 | WorkForce | 5800-000 | $0.00 | $1,791.32 | $1,791.32 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | WV/Legal Dept | | | | | |
| 38 | Michael Dewitt | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 42 | Patrick Mitchell | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 43 | Morgan Wood | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 44 | Johnna B. Dinan | 5800-000 | $0.00 | $800.00 | $800.00 | $0.00 |
| 47 | Jorge Wright | 5800-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $405,495.75 | $232,694.57 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Otis Elevator Company | 7100-000 | $0.00 | $38,897.53 | $38,897.53 | $0.00 |
| 4 | Morgantown Septic Tank Service | 7100-000 | $0.00 | $254.00 | $254.00 | $0.00 |
| 6A | IRS | 7100-000 | $0.00 | $55,184.17 | $55,184.17 | $0.00 |
| 7A | City of Morgantown | 7100-000 | $0.00 | $11,168.01 | $11,168.01 | $0.00 |
| 8 | Tucker Arensberg, P.C. | 7100-000 | $0.00 | $94,020.50 | $94,020.50 | $0.00 |
| 9 | Bowles Rice McDavid Graff & Love | 7100-000 | $0.00 | $4,732.28 | $4,732.28 | $0.00 |
| 10B | WV Dept of Tax & Revenue | 7100-000 | $0.00 | $160.66 | $160.66 | $0.00 |
| 11A | Wesbanco Bank, Inc. | 7100-000 | $0.00 | $18,716.07 | $18,716.07 | $0.00 |
| 12 | Allegheny Power | 7100-000 | $0.00 | $24,969.12 | $24,969.12 | $0.00 |
| 14 | Spilman Thomas & Battle, PLLC | 7100-000 | $0.00 | $28,586.95 | $28,586.95 | $0.00 |
| 15 | Proven Performance Inc. | 7100-000 | $0.00 | $98,313.63 | $98,313.63 | $0.00 |
| 16 | First United Bank & Trust | 7100-000 | $0.00 | $4,136,154.99 | $4,136,154.99 | $0.00 |
| 22 | Bowles Rice et al | 7200-000 | $0.00 | $106,882.69 | $106,882.69 | $0.00 |
| 25 | Patrice Napolitano | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 27 | David L. Stolfer | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 29 | Sultan T. Attian | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 30 | Rebecca Willis | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 36 | Victoria Matthews | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 37 | Eric and Dennis Mantlick | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 39 | Dennis Mantlick | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | David Mann | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 41 | Logan Ackerman | 7200-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| 45 | Marwan Eltalib | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 46 | Danielle Blankenship | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 48 | Wajeeh Mohammed Saeed Aljanabi | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 49 | Muteb Aljasom | 7200-000 | $0.00 | $600.00 | $600.00 | $0.00 |
| 50 | Mohammed Al Saeed | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 51 | Rebecca Willis | 7200-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 52 | Patrice Napolitano | 7200-000 | $0.00 | $600.00 | $600.00 | $0.00 |
| 53 | Spilman Thomas & Battle, PLLC | 7200-000 | $0.00 | $28,586.95 | $28,586.95 | $0.00 |
| 54A | CTL Engineering of WV, inc | 7200-000 | $0.00 | $0.50 | $0.50 | $0.00 |
| 55 | Old Republic National Title Insurance Company | 7200-000 | $0.00 | $2,758,166.00 | $2,758,166.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,410,394.05 | $7,410,394.05 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 10-00303-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | Date Filed (f) or Converted (c): | 07/21/2010 (c) |
| For the Period Ending: | 3/7/2017 | §341(a) Meeting Date: | 03/24/2010 |
| | | Claims Bar Date: | 06/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  49 Falling Run Road Morgantown WV 26505 (Apt building with 158 Residential units and Parking Garage) | $29,000,000.00 | $0.00 | | $13,334,143.49 | FA |
| 2  Vacant Lots | $500,000.00 | $0.00 | | $220,416.27 | FA |
| 3  First United Bank Checking Account | $18,000.00 | $13,331.01 | | $13,331.01 | FA |
| 4  PNC Bank Checking Account | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Security Deposits with utilities and vendors (gathering data as to amounts) | $102,022.49 | $102,022.49 | | $102,022.49 | FA |
| 6  Accounts Receivable Various Tenants | $327,000.00 | $0.00 | | $0.00 | FA |
| 7  Employee Loans (6,587.18 owed-believed to be uncollectible) | $0.00 | $0.00 | | $0.00 | FA |
| 8  Mobile Office/bus | $20,000.00 | $0.00 | | $0.00 | FA |
| 9  Desks, Chairs, Phones, Computers, Printers, Fax, Copier, Supplies | $1,500.00 | $0.00 | | $661.25 | FA |
| 10  Snow blower, Treadmills, Vending Games, TVs | $15,000.00 | $0.00 | | $6,612.49 | FA |
| 11  Apartment Furniture | $200,000.00 | $0.00 | | $88,166.50 | FA |
| 12  AP# 12-00013 Griesbaum (u) (check on proof of claim for $1500. should be with drawn) | $3,500.00 | $2,000.00 | | $2,000.00 | FA |
| 13  Disallowed Attorney Fees Robert O Lampl (u) | $17,325.00 | $17,325.00 | | $17,325.00 | FA |
| 14  Claim against Edward Kohout for retainer (u) | $29,000.00 | $29,000.00 | | $0.00 | FA |
| 15  Chapter 11 Operating Revenue (u) | $0.00 | $3,039,282.39 | | $3,039,282.39 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $7,273.53 | FA |
| **TOTALS (Excluding unknown value)** | $30,234,347.49 | $3,202,960.89 | | $16,831,234.42 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| Case No.: | 10-00303-PMF | | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | | Date Filed (f) or Converted (c): | 07/21/2010 (c) |
| For the Period Ending: | 3/7/2017 | | | §341(a) Meeting Date: | 03/24/2010 |
| | | | | Claims Bar Date: | 06/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/01/2016    Order entered granting abandonment.
TFR to be filed.

07/12/2016    Trustee filed notice of abandonment of remaining assets.

10/16/2013    Property #14 - Court entered Order requiring Debtor's counsel, Edwark Koholt to return $29,000 retainer to bankruptcy estate. Appeal pending.

Property #1,2,9,10,11 - liquidated when apartment building sold in Chapter 11 case.

Property #12 - Adversary Proceeding filed and settlement collected.

Prop # 13 - Court ordered Debtor's counsel to return retainer. Appealed to District Court. Appealed to Fourth Circuit. Awaiting decision on appeal.

All property of Debtor liquidated.

Pending payment by debtor's counsel Edward Kohout in the amount of $23,000. Appeal by Kohout denied by Fourth Circuit. Trustee pursuing collection actions against Kohout.
5/13/16 - Trustee recorded abstract of judgment and abstract of execution against Kohout. Will close case and retain interest in judgment.

| Initial Projected Date Of Final Report (TFR): | | Current Projected Date Of Final Report (TFR): | 08/31/2016 | /s/ ROBERT L. JOHNS |
|---|---|---|---|---|
| | | | | ROBERT L. JOHNS |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00303-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | Bank Name: | Virginia National Bank |
| Primary Taxpayer ID #: | **-***8039 | Checking Acct #: | ******0303 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 2/19/2010 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,028,262.51 | | $3,028,262.51 |
| 08/23/2011 | 5001 | Monongalia County Sheriff | 2011 Real Estate taxes | 6820-000 | | $555.96 | $3,027,706.55 |
| 10/05/2011 | 5002 | Estate of Augusta Apartments, LLC | Transfer of funds to City National Bank | 9999-000 | | $2,750,000.00 | $277,706.55 |
| 10/05/2011 | 5003 | Estate of Augusta Apartments, LLC | Transfer of funds to City National Bank | 9999-000 | | $250,000.00 | $27,706.55 |
| 12/06/2011 | 5004 | U.S. Trustee | Acct. #241-10-00303 | 2950-000 | | $3,900.00 | $23,806.55 |
| 07/27/2012 | | Augusta | Transfer of funds from First United Bank operating account to Chapter 7 bankruptcy account. | * | $165,808.95 | | $189,615.50 |
| | {15} | | Chapter 11 Operating Revenues    $3,039,282.39 | 1129-000 | | | $189,615.50 |
| | | | Chapter 11 Trustee Expenses    $(2,707,377.44) | 6102-000 | | | $189,615.50 |
| | | | Chapter 11 Trustee fees    $(416,250.00) | 6101-000 | | | $189,615.50 |
| | | | PNC Secured claim payment    $(2,753,968.94) | 4110-000 | | | $189,615.50 |
| | | | $4,122.94 | 1270-000 | | | $189,615.50 |
| | | | Transfer of funds from City National    $2,750,000.00 | 9999-000 | | | $189,615.50 |
| | | | Transfer of funds from City National Account    $250,000.00 | 9999-000 | | | $189,615.50 |
| 07/27/2012 | | Augusta | Transfer of funds from First United Bank Escrow account to Chapter 7 Bankruptcy account | 1290-000 | $19,681.92 | | $209,297.42 |
| 09/10/2012 | (5) | Morgantown Utility Board | Return of deposits on Utilities | 1121-000 | $102,022.49 | | $311,319.91 |
| 09/26/2012 | | Pinnacle National Bank | Transfer Funds | 9999-000 | | $311,319.91 | $0.00 |

|  |  | SUBTOTALS | $3,315,775.87 | $3,315,775.87 |
|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Virginia National Bank |
| Primary Taxpayer ID #: | **-***8039 | | Checking Acct #: | ******0303 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $3,315,775.87 | $3,315,775.87 | $0.00 |
| | | | Less: Bank transfers/CDs | $3,028,262.51 | $3,311,319.91 | |
| | | | Subtotal | $287,513.36 | $4,455.96 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $287,513.36 | $4,455.96 | |

| For the period of 2/19/2010 to 3/7/2017 | | For the entire history of the account between 08/19/2011 to 3/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,165,109.74 | Total Compensable Receipts: | $3,165,109.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,165,109.74 | Total Comp/Non Comp Receipts: | $3,165,109.74 |
| Total Internal/Transfer Receipts: | $6,028,262.51 | Total Internal/Transfer Receipts: | $6,028,262.51 |
| | | | |
| Total Compensable Disbursements: | $5,882,052.34 | Total Compensable Disbursements: | $5,882,052.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,882,052.34 | Total Comp/Non Comp Disbursements: | $5,882,052.34 |
| Total Internal/Transfer Disbursements: | $3,311,319.91 | Total Internal/Transfer Disbursements: | $3,311,319.91 |

FORM 2    Page No: 3    Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
No. 1:10-bk-00303   Doc 672   Filed 03/23/17   Entered 03/23/17 10:51:48   Page 12 of 19

| Case No. | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8039 | | Money Market Acct #: | ******0303 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2011 | (1) | WVU Research Corporation/The Huntington National Bank | Proceeds for sale of real estate | 1110-000 | $550,000.00 | | $550,000.00 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $11.30 | | $550,011.30 |
| 07/20/2011 | (1) | Fountain Residential Partners, LLC | Good Faith funds per sale of real estate | 1110-000 | $550,000.00 | | $1,100,011.30 |
| 07/21/2011 | | Sterling Bank | Debit for Wire charges | 9999-000 | | $7.00 | $1,100,004.30 |
| 07/22/2011 | 1001 | Fountain Residential Partners, LLC | Return of good faith funds regarding sale of real estate. | 8500-002 | | $550,000.00 | $550,004.30 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $46.34 | | $550,050.64 |
| 08/11/2011 | | Sterling Bank | Refund of Wire fees done on 07/21/2011 | 9999-000 | $7.00 | | $550,057.64 |
| 08/16/2011 | | West Virginia Board of Governors for WVU | Sale proceeds apportioned between Assets 1, 2, 9, 10 and 11 | * | $12,550,000.00 | | $13,100,057.64 |
| | {2} | | Asset #2 Sale proceeds from liquidation of properties    $220,416.27 | 1110-000 | | | $13,100,057.64 |
| | {9} | | Asset #9 Sale proceeds from liquidation of properties    $661.25 | 1129-000 | | | $13,100,057.64 |
| | {10} | | Asset #10 Sale proceeds from liquidation of properties    $6,612.49 | 1129-000 | | | $13,100,057.64 |
| | {11} | | Asset #11 Sale proceeds from liquidation of properties    $88,166.50 | 1129-000 | | | $13,100,057.64 |
| | {1} | | Asset #1 Sale proceeds from liquidation of properties    $12,234,143.49 | 1110-000 | | | $13,100,057.64 |
| 08/16/2011 | 1002 | Monongalia County Sheriff | 2011 Real Estate Taxes (through 8/16/11) | 4800-070 | | $115,037.40 | $12,985,020.24 |
| 08/16/2011 | 1003 | First United Bank & Trust | Agreed payment for liens on McCoy parcels | 4110-000 | | $200,000.00 | $12,785,020.24 |
| 08/16/2011 | 1003 | VOID: First United Bank & Trust | Void: First United Bank & Trust | 4110-003 | | ($200,000.00) | $12,985,020.24 |
| 08/16/2011 | 1004 | PNC Bank | Satisfaction of Deed of Trust liens | 4110-000 | | $9,700,000.00 | $3,285,020.24 |
| 08/16/2011 | 1004 | VOID: PNC Bank | Void: PNC Bank | 4110-003 | | ($9,700,000.00) | $12,985,020.24 |
| 08/16/2011 | 1005 | West Virginia University | Return of funds | * | | $56,891.67 | $12,928,128.57 |
| | | | Recording fees    $(103.00) | 2500-000 | | | $12,928,128.57 |
| | | | Pro-rated fire fees 7/1/11 to 8/16/11    $(1,323.99) | 2500-000 | | | $12,928,128.57 |
| | | | Pro-ration of Rents    $(55,464.68) | 1122-000 | | | $12,928,128.57 |
| 08/16/2011 | 1006 | First United Bank & Trust | Agreed payment for liens on McCoy parcels | 4110-000 | | $200,000.00 | $12,728,128.57 |

SUBTOTALS    $13,650,064.64    $921,936.07

| Case No. | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8039 | | Money Market Acct #: | ******0303 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2011 | 1007 | PNC Bank | Payment on secured lien | 4110-000 | | $9,700,000.00 | $3,028,128.57 |
| 08/17/2011 | 1008 | State of West Virginia | Settlement of Judgments- Kanawha Co. Magistrate Case No. 04-M-7313 and 04-A-7314 | 5800-000 | | $1,995.20 | $3,026,133.37 |
| 08/18/2011 | 1008 | VOID: State of West Virginia | Void: State of West Virginia | 5800-003 | | ($1,995.20) | $3,028,128.57 |
| 08/19/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $133.94 | | $3,028,262.51 |
| 08/19/2011 | | Virginia National Bank | Transfer Funds | 9999-000 | | $3,028,262.51 | $0.00 |
| | | | **TOTALS:** | | $13,650,198.58 | $13,650,198.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7.00 | $3,028,269.51 | |
| | | | **Subtotal** | | $13,650,191.58 | $10,621,929.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,650,191.58 | $10,621,929.07 | |

| For the period of 2/19/2010 to 3/7/2017 | | For the entire history of the account between 06/20/2011 to 3/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,594,726.90 | Total Compensable Receipts: | $13,594,726.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,594,726.90 | Total Comp/Non Comp Receipts: | $13,594,726.90 |
| Total Internal/Transfer Receipts: | $7.00 | Total Internal/Transfer Receipts: | $7.00 |
| | | | |
| Total Compensable Disbursements: | $10,016,464.39 | Total Compensable Disbursements: | $10,016,464.39 |
| Total Non-Compensable Disbursements: | $550,000.00 | Total Non-Compensable Disbursements: | $550,000.00 |
| Total Comp/Non Comp Disbursements: | $10,566,464.39 | Total Comp/Non Comp Disbursements: | $10,566,464.39 |
| Total Internal/Transfer Disbursements: | $3,028,269.51 | Total Internal/Transfer Disbursements: | $3,028,269.51 |

| Case No. | 10-00303-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2012 |  | Virginia National Bank | Transfer Funds | 9999-000 | $311,319.91 |  | $311,319.91 |
| 10/09/2012 | 6001 | Martin Anyieni | Security Deposit Refund replacement of Check 1124 dated 11/8/11 | 2410-000 |  | $300.00 | $311,019.91 |
| 11/02/2012 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $502.22 | $310,517.69 |
| 11/09/2012 | 6002 | Estate of Augusta Apartments | transfer to city national | 9999-000 |  | $275,000.00 | $35,517.69 |
| 11/19/2012 | (12) | Todd Griesbaum | AP case # 12-00013 | 1249-000 | $2,000.00 |  | $37,517.69 |
| 12/04/2012 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $228.47 | $37,289.22 |
| 01/03/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $60.22 | $37,229.00 |
| 01/17/2013 | (3) | Augusta Apartments LLC | Balance from First United Bank Checking Account. | 1129-000 | $13,331.01 |  | $50,560.01 |
| 02/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $69.81 | $50,490.20 |
| 02/11/2013 | 6003 | K&D Mini Storage | Monthly storage-February 2013 | 2990-000 |  | $70.00 | $50,420.20 |
| 03/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $73.59 | $50,346.61 |
| 03/05/2013 | 6004 | K&D Mini Storage | Monthly storage-February 2013 | 2990-000 |  | $70.00 | $50,276.61 |
| 03/13/2013 | 6005 | Insurance Partners Agency, INC | invoice #87337 policy# 8215-38-71 | 2300-000 |  | $310.06 | $49,966.55 |
| 03/19/2013 | (13) | Robert O Lampl | Return per order (Doc. No. 518) unapproved portion of fees received by Robert O. Lampl | 1249-000 | $17,325.00 |  | $67,291.55 |
| 04/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $91.86 | $67,199.69 |
| 04/02/2013 | 6006 | K&D Mini Storage | Monthly storage-April 2013 | 2990-000 |  | $70.00 | $67,129.69 |
| 05/01/2013 | 6007 | K&D Mini Storage | Monthly storage-April 2013 | 2990-000 |  | $70.00 | $67,059.69 |
| 05/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $104.88 | $66,954.81 |
| 06/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $108.09 | $66,846.72 |
| 06/11/2013 | 6008 | K&D Mini Storage | Monthly storage-June 2013 | 2990-000 |  | $70.00 | $66,776.72 |
| 07/01/2013 | 6009 | K&D Mini Storage | Monthly storage-July 2013 | 2990-000 |  | $70.00 | $66,706.72 |
| 07/18/2013 |  | Pinnacle Bank | Bank Fee for June, 2013 | 2600-000 |  | $104.38 | $66,602.34 |
| 07/20/2013 | 6010 | Est of Augusta Apartments | transfer to city national | 9999-000 |  | $60,000.00 | $6,602.34 |
| 08/01/2013 | 6011 | K&D Mini Storage | Monthly storage-July 2013 | 2990-000 |  | $70.00 | $6,532.34 |
| 08/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $82.63 | $6,449.71 |
| 09/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $10.43 | $6,439.28 |

SUBTOTALS  $343,975.92  $337,536.64

| Case No. | 10-00303-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/04/2013 | 6012 | K&D Mini Storage | Monthly storage-Sept 2013 | 2990-000 | | $70.00 | $6,369.28 |
| 10/02/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $9.98 | $6,359.30 |
| 10/10/2013 | 6013 | K&D Mini Storage | Monthly storage-October 2013 | 2990-000 | | $70.00 | $6,289.30 |
| 11/04/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.21 | $6,279.09 |
| 11/06/2013 | 6014 | K&D Mini Storage | Monthly storage-November 2013 | 2990-000 | | $70.00 | $6,209.09 |
| 11/18/2013 | | Insurance Partners | Refund | 1121-000 | $76.00 | | $6,285.09 |
| 12/03/2013 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $9.79 | $6,275.30 |
| 12/05/2013 | 6015 | K&D Mini Storage | Monthly storage-December 2013 | 2990-000 | | $70.00 | $6,205.30 |
| 01/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.06 | $6,195.24 |
| 01/09/2014 | 6016 | K&D Mini Storage | Monthly storage-January 2014 | 2990-000 | | $70.00 | $6,125.24 |
| 02/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $9.93 | $6,115.31 |
| 02/04/2014 | 6017 | K&D Mini Storage | Monthly storage-February 2014 | 2990-000 | | $70.00 | $6,045.31 |
| 03/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.85 | $6,036.46 |
| 03/06/2014 | 6018 | K&D Mini Storage | Monthly storage-March 2014 | 2990-000 | | $70.00 | $5,966.46 |
| 03/19/2014 | 6019 | Insurance Partners Agency, INC | Bond payment | 2300-000 | | $285.01 | $5,681.45 |
| 04/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $9.56 | $5,671.89 |
| 04/08/2014 | 6020 | K&D Mini Storage | Monthly storage-April 2014 | 2990-000 | | $70.00 | $5,601.89 |
| 05/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.80 | $5,593.09 |
| 05/05/2014 | 6021 | K&D Mini Storage | Monthly storage-May 2014 | 2990-000 | | $70.00 | $5,523.09 |
| 06/02/2014 | 6022 | K&D Mini Storage | Monthly storage-June 2014 | 2990-000 | | $70.00 | $5,453.09 |
| 06/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.96 | $5,444.13 |
| 07/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.52 | $5,435.61 |
| 07/24/2014 | 6023 | K&D Mini Storage | Monthly storage-July and August 2014 | 2990-000 | | $140.00 | $5,295.61 |
| 08/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.75 | $5,286.86 |
| 08/28/2014 | | Estate of Augusta Apartments, LLC | Transfer of money from City National Bank | 9999-000 | $37,633.79 | | $42,920.65 |
| 08/28/2014 | 6024 | K&D Mini Storage | Monthly storage-September, 2014 | 2990-000 | | $70.00 | $42,850.65 |
| 08/28/2014 | 6025 | Turner & Johns PLLC | Interim Distribution per Order entered 8/7/2014 | 3110-000 | | $31,284.50 | $11,566.15 |
| 08/28/2014 | 6026 | Turner & Johns PLLC | Interim Distribution per order entered 8/7/2014 | 3120-000 | | $6,349.29 | $5,216.86 |
| | | | SUBTOTALS | | $37,709.79 | $38,932.21 | |

| Case No.: | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/03/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.53 | $5,208.33 |
| 09/29/2014 | 6027 | K&D Mini Storage | Monthly storage-October, 2014 | 2990-000 | | $70.00 | $5,138.33 |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.14 | $5,130.19 |
| 10/08/2014 | | City National Bank | Partial Interest paid in City National Acct. #....4293 | 1270-000 | $226.94 | | $5,357.13 |
| 10/28/2014 | 6028 | K & D Mini Storage | Storage Fee for November 2014 | 2990-000 | | $70.00 | $5,287.13 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.57 | $5,278.56 |
| 12/01/2014 | 6029 | K & D Mini Storage | Storage Fee for December 2014 | 2990-000 | | $70.00 | $5,208.56 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.26 | $5,200.30 |
| 12/30/2014 | 6030 | K & D Mini Storage | Storage Fee for January, 2015 | 2990-000 | | $70.00 | $5,130.30 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.42 | $5,121.88 |
| 01/28/2015 | 6031 | K & D Mini Storage | Storage Fee for February, 2015 | 2990-000 | | $70.00 | $5,051.88 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.29 | $5,043.59 |
| 02/24/2015 | 6032 | K & D Mini Storage | Storage Fee for March, 2015 | 2990-000 | | $70.00 | $4,973.59 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.36 | $4,966.23 |
| 03/24/2015 | 6033 | Insurance Partners Agency, INC | Bond Insurance payment for 2015 | 2300-000 | | $158.35 | $4,807.88 |
| 03/30/2015 | 6034 | K & D Mini Storage | Storage Fee for April, 2015 | 2990-000 | | $70.00 | $4,737.88 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $8.02 | $4,729.86 |
| 04/28/2015 | 6035 | K & D Mini Storage | Storage Fee for May, 2015 | 2990-000 | | $70.00 | $4,659.86 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.42 | $4,652.44 |
| 05/27/2015 | 6036 | K & D Mini Storage | Storage Fee for June, 2015 | 2990-000 | | $70.00 | $4,582.44 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.52 | $4,574.92 |
| 06/30/2015 | 6037 | K & D Mini Storage | Storage Fee for July, 2015 | 2990-000 | | $70.00 | $4,504.92 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.15 | $4,497.77 |
| 07/29/2015 | 6038 | K & D Mini Storage | Storage Fee for August, 2015 | 2990-000 | | $70.00 | $4,427.77 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.28 | $4,420.49 |
| 08/28/2015 | 6039 | K & D Mini Storage | Storage Fee for September, 2015 | 2990-000 | | $70.00 | $4,350.49 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $7.15 | $4,343.34 |
| 09/28/2015 | 6040 | K & D Mini Storage | Storage Fee for October, 2015 | 2990-000 | | $70.00 | $4,273.34 |
| | | | SUBTOTALS | | $226.94 | $1,170.46 | |

| Case No. | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.79 | $4,266.55 |
| 10/27/2015 | 6041 | K & D Mini Storage | Storage Fee for November, 2015 | 2990-000 | | $70.00 | $4,196.55 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.90 | $4,189.65 |
| 11/30/2015 | 6042 | K & D Mini Storage | Storage Fee for December, 2015 | 2990-000 | | $70.00 | $4,119.65 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.55 | $4,113.10 |
| 12/28/2015 | 6043 | K & D Mini Storage | Storage Fee for January, 2016 | 2990-000 | | $70.00 | $4,043.10 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.65 | $4,036.45 |
| 01/27/2016 | 6044 | K & D Mini Storage | Storage Fee for February, 2016 | 2990-000 | | $70.00 | $3,966.45 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.53 | $3,959.92 |
| 03/01/2016 | 6045 | K & D Mini Storage | Storage Fee for March, 2016 | 2990-000 | | $70.00 | $3,889.92 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.98 | $3,883.94 |
| 03/28/2016 | 6046 | K & D Mini Storage | Storage Fee for April, 2016 | 2990-000 | | $70.00 | $3,813.94 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $6.29 | $3,807.65 |
| 04/08/2016 | 6047 | Insurance Partners Agency, INC | Bond insurance payment | 2300-000 | | $235.95 | $3,571.70 |
| 04/29/2016 | 6048 | K & D Mini Storage | Storage Fee for May, 2016 | 2990-000 | | $70.00 | $3,501.70 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.74 | $3,495.96 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.65 | $3,490.31 |
| 06/06/2016 | 6049 | K & D Mini Storage | Storage Fee for June, 2016 | 2990-000 | | $70.00 | $3,420.31 |
| 06/27/2016 | 6050 | K & D Mini Storage | Storage Fee for July, 2016 | 2990-000 | | $70.00 | $3,350.31 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.39 | $3,344.92 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.41 | $3,339.51 |
| 08/16/2016 | | Jack D. Marko-K&D Mini Storage | Refund of monthly storage rent paid | 1290-000 | $70.00 | | $3,409.51 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $5.44 | $3,404.07 |
| 09/23/2016 | | Estate of Augusta Apartments, LLC | Transfer from City National Account | * | $300,325.22 | | $303,729.29 |
| | | | Transfer from City National Account    $297,366.21 | 9999-000 | | | $303,729.29 |
| | | | $2,959.01 | 1270-000 | | | $303,729.29 |
| 01/10/2017 | 6051 | Robert L. Johns | Trustee Compensation | 2100-000 | | $20,615.39 | $283,113.90 |
| 01/10/2017 | 6052 | Robert Johns | Trustee Expenses | 2200-000 | | $200.00 | $282,913.90 |
| | | | | SUBTOTALS | $300,395.22 | $21,754.66 | |

| Case No. | 10-00303-PMF | | Trustee Name: | Robert L. Johns |
|---|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2017 | 6053 | Turner & Johns PLLC | final distribution on Claim #: ; Account Number: ; | 3120-000 | | $913.67 | $282,000.23 |
| 01/10/2017 | 6054 | Robert Johns | final distribution on Claim #: ; Account Number: ; | 6101-000 | | $83,955.50 | $198,044.73 |
| 01/10/2017 | 6055 | Turner & Johns PLLC | final distribution on Claim #: ; Account Number: ; | 3110-000 | | $25,550.00 | $172,494.73 |
| 01/10/2017 | 6056 | PNC Bank, National Association, | final distribution on Claim #: 13; Account Number: ; | 4110-000 | | $172,494.73 | $0.00 |
| | | | TOTALS: | | $682,307.87 | $682,307.87 | $0.00 |
| | | | Less: Bank transfers/CDs | | $348,953.70 | $335,000.00 | |
| | | | Subtotal | | $333,354.17 | $347,307.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $333,354.17 | $347,307.87 | |

| For the period of 2/19/2010 to 3/7/2017 | | For the entire history of the account between 09/26/2012 to 3/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $35,987.96 | Total Compensable Receipts: | $35,987.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,987.96 | Total Comp/Non Comp Receipts: | $35,987.96 |
| Total Internal/Transfer Receipts: | $646,319.91 | Total Internal/Transfer Receipts: | $646,319.91 |
| Total Compensable Disbursements: | $347,307.87 | Total Compensable Disbursements: | $347,307.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $347,307.87 | Total Comp/Non Comp Disbursements: | $347,307.87 |
| Total Internal/Transfer Disbursements: | $335,000.00 | Total Internal/Transfer Disbursements: | $335,000.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 10     Exhibit 9

| Case No.: | 10-00303-PMF | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | AUGUSTA APARTMENTS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8039 | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/19/2010 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 14,271,059.11 | $10,973,692.90 | $0.00 |

**For the period of 2/19/2010 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $16,795,824.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,795,824.60 |
| Total Internal/Transfer Receipts: | $6,674,589.42 |
| | |
| Total Compensable Disbursements: | $16,245,824.60 |
| Total Non-Compensable Disbursements: | $550,000.00 |
| Total Comp/Non Comp Disbursements: | $16,795,824.60 |
| Total Internal/Transfer Disbursements: | $6,674,589.42 |

**For the entire history of the case between 07/21/2010 to 3/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $16,795,824.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,795,824.60 |
| Total Internal/Transfer Receipts: | $6,674,589.42 |
| | |
| Total Compensable Disbursements: | $16,245,824.60 |
| Total Non-Compensable Disbursements: | $550,000.00 |
| Total Comp/Non Comp Disbursements: | $16,795,824.60 |
| Total Internal/Transfer Disbursements: | $6,674,589.42 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS